**<u>EXHIBIT A</u>**

**State Court of Fulton County**
***FILED***
File & ServeXpress
Transaction ID: 55207381
Date: Mar 26 2014 04:28PM
Cicely Barber, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| ROBERT A. COKER and | ) | |
| SHERRI A. HUTSON, individually and | ) | |
| SHERRI A. HUTSON as Executor of the | ) | |
| Estates of BETTY J. COKER | ) | |
| and ROBERT L. COKER, | ) | **CIVIL ACTION** |
| | ) | |
|     **Plaintiffs,** | ) | **FILE NO. _____** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KINDRED HEALTHCARE** | ) | |
| **OPERATING, INC., KINDRED** | ) | **JURY TRIAL** |
| **HEALTHCARE, INC., LAFAYETTE** | ) | **HEREBY DEMANDED** |
| **HEALTH CARE CENTER, INC., and** | ) | |
| **SALLY GOZA, M.D.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## COMPLAINT FOR DAMAGES

COME NOW ROBERT A. COKER (hereinafter "Andy") and SHERRI A. HUTSON, individually and SHERRI A. HUTSON, as Executor of the Estates of Betty J. Coker (hereinafter referred to as "Mrs. Coker") and Robert L. Coker (hereinafter referred to as "Mr. Coker"), plaintiffs herein (hereinafter collectively "plaintiffs"), by and through undersigned counsel, and file this, their Complaint for Damages and show this Court as follows:

## PARTIES & JURISDICTION

1.

This Honorable Court has jurisdiction of this action for damages resulting from personal injuries caused by the grossly negligent acts of the defendants.

2.

Robert A. Coker and Sherri A. Hutson are adults, of sound mind and bring this case individually in their own right and as the heirs and children of Betty J. Coker and Robert L. Coker, both deceased.

3.

Sherri A. Hutson also brings this case as the executor of the estates of Betty J. Coker and Robert L. Coker, including all rights as asserted hereunder.  The Letters Testamentary from the Fayette County Probate Court demonstrating her authority to act in these capacities are found attached hereto as Attachment "5" and Attachment "6".

4.

Although plaintiffs do not believe that they are required to file an O.C.G.A. § 9-11-9.2 Medical Authorization form but, in an excess of caution, a signed Medical Authorization form is attached hereto as Attachment "7".  The plaintiffs do not waive any rights they have (or Decedents had) under Federal HIPAA law by attaching this

authorization.  Should anyone elect to use the Medical Authorization form in any way that violates HIPAA, they do so at their own peril.

5.

Upon good information and belief, the defendants' purpose is to provide benefits, which includes health care services to patients including at their facility in Fulton County.  Therefore, defendants are subject to the jurisdiction and venue of this Court.

6.

Upon good information and belief, at the time of the events outlined in this Complaint, Kindred Healthcare Operating, Inc., Kindred Healthcare, Inc., Lafayette Health Care Center, Inc., Sally Goza, M.D., and any and all nurses, technicians, and other personnel at Kindred-Lafayette (collectively "defendants" or "Kindred" or "Kindred-Lafayette") who participated in evaluating, examining, and treating Mr. Coker between approximately October 16, 2012 and October 20, 2012, undertook a medical provider/patient relationship with Mr. Coker.

7.

Upon good information and belief, at all times material hereto, Kindred, Sally Goza, M.D., and any and all nurses, technicians, and other personnel at Kindred-Lafayette who participated in evaluating, examining, and treating Mr. Coker, between approximately October 16, 2012 and October 20, 2012, were actual or apparent

employees and/or agents of the remaining defendants and were acting in the course and scope of their employment, and thus all defendants are jointly and severally liable for their negligent acts or omissions and any injuries and damages arising therefrom either directly or derivatively caused by its employees and agents.

8.

All of the defendants shall, at times, be collectively referred to as "defendants" or "Kindred".

9.

Lafayette Health Care Center, Inc. is a defendant in this case, is a Georgia corporation, and may be served with summons and a copy of this Complaint on its Registered Agent, C.T. Corporation System, 1201 Peachtree Street, NE, Atlanta, Georgia  30361, in Fulton County, Georgia.  Lafayette Health Care Center, Inc. apparently utilizes a trade name known as "Kindred Transitional Care and Rehabilitation – Lafayette" and therefore, for purposes of this Complaint, Lafayette Health Care Center, Inc. will, on occasion, be referred to as "Kindred-Lafayette" or collectively with the other defendants as "Kindred."

10.

Kindred Healthcare Operating, Inc. is a defendant in this case, does business in and operates a facility in Fulton County, and may be served with summons and a copy of this Complaint on its Registered Agent, The Corporation Trust Company,

Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware in New Castle County, Delaware and is additionally the alter-ego of the remaining corporate defendants.  Defendant owns and operates a facility in Fulton County and for this reason, inter alia, venue is proper in this county.

11.

Kindred Healthcare, Inc. is a defendant in this case, does business in and operates a facility in Fulton County, and may be served with summons and a copy of this Complaint on its Registered Agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware in New Castle County, Delaware and is additionally the alter-ego of the remaining corporate defendants. Defendant owns and operates a facility in Fulton County and for this reason, inter alia, venue is proper in this county.

12.

Sally Goza, M.D. ("Dr. Goza"), is a defendant in this case and may be served with summons and a copy of this Complaint at her place of employment, Kindred Transitional Care and Rehabilitation – Lafayette, 110 Brandywine Boulevard, Fayetteville, Georgia  30214, in Fayette County, Georgia.

13.

Served contemporaneously herewith are Plaintiffs' First Continuing Interrogatories to Defendants and Plaintiffs' First Continuing Request for Production of Documents to Defendants.

14.

Filed contemporaneously herewith is Plaintiff's Request for a Trial by Jury of twelve (12) persons.

## FACTUAL BACKGROUND

15.

Mr. Coker was treated by Dr. Goza and evaluated and examined by various other physician assistants and nurse practitioners at various times.

16.

Attached and incorporated by reference as Attachment "8" and Attachment "9" are the Affidavits of Perry J. Starer, MD and Georgette Bieber, RCN, who are qualified as expert witnesses on the issues raised in this Complaint. Said Affidavits specify at least one negligent act or omission on the part of each of the defendants and the factual basis that underlies the negligent acts or omissions that resulted in injuries, suffering and death of Robert L. Coker, deceased ("Mr. Coker" or "Decedent") and to the plaintiffs. The medical records referenced in their Affidavits and made a part of their opinions are found attached hereto as Attachments "1", "2", "3" and "4" (and successive parts).

17.

The purpose of Mr. Coker's admission to Kindred-Lafayette was to physically rehabilitate Mr. Coker and assist him in full use of his hip and leg post-surgery. The simple purpose of his admission to Kindred-Lafayette was to transition to walking again.

18.

As part of the admission process to Kindred-Lafayette, Robert A. "Andy" Coker (Decedent's son) transported Mr. Coker to Kindred-Lafayette and its personnel completed detailed questionnaires regarding Mr. Coker's physical condition.

19.

Andy disclosed to Kindred-Lafayette that due to the required, daily removal of a dental appliance from Mr. Coker that Mr. Coker should receive nothing but soft or pureed foods. Kindred's records reflected this request as shown in Attachment "1".

20.

Andy disclosed to Kindred-Lafayette personnel that Mr. Coker had dental appliances in both the upper and lower part of his mouth. This was reflected in records prepared by Kindred-Lafayette on October 16, 2012. See Attachment "1".

21.

Moreover, Andy commented to the staff at Kindred-Lafayette that Mr. Coker's upper dental piece recently appeared to be loose because Mr. Coker was making a "clicking" sound with his tongue against the roof of his mouth. The Kindred-

Lafayette personnel took no steps to alleviate this problem.  In fact, the Kindred-Lafayette personnel that spoke with Andy, misdiagnosed the cause of the ill-fitting denture as a temporary weight loss caused by the surgery.

22.

During the following morning on October the 17th, Andy noticed a significant deterioration in Mr. Coker's condition.  Mr. Coker was simply unable to communicate in any form or fashion although he had been fully able to communicate the day before.  In addition, he made numerous disturbing noises (such as gurgling, etc.) and generally exhibited discomfort.

23.

Andy voiced his concerns to various staff members of Kindred-Lafayette as well as to the physician assigned by Kindred-Lafayette (Dr. Goza) starting Tuesday morning, October 17, 2012.

24.

Neither the employees nor Dr. Goza took any effective, meaningful action to investigate the troubled condition of Mr. Coker voiced to them by his son, Andy.

25.

On October 17, 2012, personnel at Kindred-Lafayette concluded that Mr. Coker needed to have fluids suctioned from the rear of his mouth and caused to suction the fluid using a Yankaeur suction catheter to complete the process.  The particular

Yankaeur suction catheter used by the defendants had a rigid immovable suction end which does not ply or bend when it meets an obstruction.  Upon information and belief, plaintiffs believe that the Yankaeur suction catheter used by the defendants caused the dental bridge of Mr. Coker to be further shoved down his throat below his uvula.  (See Affidavit of Georgette Bieber, Attachment "9" at ¶ 16).

26.

The dental bridge shoved down Mr. Coker's throat was approximately 6cm x 3cm.  True and correct photographs of this dental bridge, which was shoved down Mr. Coker's throat by defendants, are attached hereto as Attachment "10".

27.

Throughout Wednesday, October 17, Thursday, October 18 and Friday, October 19, Andy frequently visited his father at Kindred-Lafayette and noticed his condition was worsening.  Mr. Coker  would slip in and out of sleep, was mumbling and expressing significant discomfort and pain including the continuing gurgling noise from the back of his throat.  He remained unable, in any fashion, to communicate with Andy.

28.

The personnel and physicians at Kindred-Lafayette including Dr. Sally Goza, indicated that they were running various tests but that they were unable to diagnose Mr. Coker's condition.   Andy frequently and repeatedly complained and

unsuccessfully requested that Mr. Coker be transported to the local hospital emergency department, less than five (5) miles away.  Although it is believed that Kindred-Lafayette possessed a portable x-ray machine on site, it is not reflected in Kindred's records (nor is it believed by plaintiffs) that Kindred ever used the equipment to attempt to evaluate Mr. Coker's condition.

<div align="center">29.</div>

On Friday night, October 19th, Andy insisted that Kindred-Lafayette transfer Mr. Coker to the Piedmont Fayette Hospital Emergency Department because the Piedmont Fayette ER had more sophisticated equipment and staff designed to fully diagnose the problems Mr. Coker was experiencing.  Despite Andy's numerous requests for a transfer to the Piedmont Fayette Emergency Department, the employees at Kindred-Lafayette generally disregarded this request and trivialized Andy's concerns.

<div align="center">30.</div>

Ultimately, Kindred-Lafayette staff relented and informed Andy late Friday night that an ambulance would be provided for the transport of Mr. Coker to the emergency room.  Approximately 45 minutes later, a private service ambulance arrived.

31.

After Mr. Coker was settled into the ambulance, Andy set out in his own vehicle to the emergency room and was waiting at the front door before the ambulance even pulled into the parking lot.

32.

The emergency room staff performed various examinations of Mr. Coker including X-rays.  Shortly after Mr. Coker's arrival in the ER, the ER medical staff concluded that Mr. Coker had a dental appliance deep in his throat.

33.

The medical staff at the Piedmont Fayette Emergency Room declined to attempt removal and concluded that a specialist would be needed in order to extract the dental appliance since they feared that the dental appliance was inserted and had attached to the esophageal wall of Mr. Coker's inner throat.  (See records at Attachment "2").

34.

At first, the Piedmont Fayette medical team recommended that a gastroenterologist would be the proper surgeon to remove the dental piece.  This proved insufficient.

35.

At that point, the Coker family agreed that Mr. Coker be transported to Piedmont Atlanta Hospital for treatment and removal of the dental piece since the necessary medical specialists were not available at Piedmont Fayette Hospital.

36.

The following morning, Saturday, October 20, 2012 (after Mr. Coker's transport to Atlanta), a medical team from Piedmont Atlanta examined Mr. Coker. A gastroenterologist concluded that yet a different specialist was required for the extraction of the dental appliance due to the severity of the injuries. The concern was that the dental appliance was so deep in the throat that it might be necessary to enter the throat cavity through an incision to the outer wall of Mr. Coker's throat.

37.

A tracheal surgeon was summoned to the hospital. The Coker family was required to sign numerous waivers and assumptions of risk including the recognition that Mr. Coker could die during this procedure due (potentially in part) to bleeding to death from the removal of the dental appliance. At approximately 10:00 a.m. on October 20th, 2012, the dental appliance was extracted from Mr. Coker's throat and given to Andy.

38.

Andy has kept the dental appliance in his possession, custody and control since that day. True and correct photographs of this dental appliance appear attached hereto as Attachment "10".

39.

On October 16, 2012 Mr. Coker was placed in the defendants' facility located at 110 Brandywine Road, Fayetteville, Georgia as an inpatient for his proper care and maintenance which required defendants' due regard to his need for rehabilitation.

40.

On or about October 16, 2012 Mr. Coker was admitted to Lafayette Health Care which required defendants' due regard and recognition of his complete need for supervision and care during his rehabilitation.

41.

Because the defendants negligently failed to observe Mr. Coker and to listen and heed the complaints of pain given by Mr. Coker and his son, the condition of Mr. Coker (1) continued to worsen and deteriorate, (2) made it impossible for his broken hip to be properly treated, (3) caused the continued loss of oxygen to Mr. Coker, (4) caused incredible suffering by Mr. Coker, and (5) caused the death of Mr. Coker.

42.

The negligence of the defendants contributed to and caused the death of Mr. Coker on or about March 23, 2013.

43.

The negligence of the defendants herein contributed to and caused Mr. Coker to suffer intense physical pain and mental suffering until his death on March 23, 2013.

44.

The death of Mr. Coker was caused by the negligence of the acts and omissions of the agents, employees and apparent agents of the defendants as set out herein.

45.

The defendants, in operating their nursing facility located at 110 Brandywine Road, Fayetteville, Georgia breached and disregarded their duties, failed to exercise such care and skill in that the defendants failed to properly administer proper nursing care to Mr. Coker and that in operating their nursing facility violated those standards of care applicable to nursing facilities similar to that of the facility located at 110 Brandywine Road, Fayetteville, Georgia in that they:

a.      Failed to provide competent professional personnel capable of properly examining patients and in properly recognizing the need to call in appropriate medical doctors to examine and treat patients;

b.      Failed to call in a doctor or refer him to a doctor to examine Mr. Coker's condition;

c.      Did not follow the care plan provided for Mr. Coker;

d.      Failed to effectively administer to Mr. Coker's care to maintain his highest well-being and did not monitor his condition and coordinate his care with other healthcare providers;

e.      Failed to maintain complete and accurate clinical records;

f.      Failed to monitor Mr. Coker's daily intake;

g.      Failed to perform a formal and accurate assessment of Mr. Coker's condition;

h.      Ignored the care plan prepared for Mr. Coker;

i.      Negligently permitted either incompetent or inadequately trained and/or supervised personnel to work at the defendants' nursing home which resulted in the failure to properly examine and treat Mr. Coker;

j.      Allowing its nursing home personnel and medical/nursing personnel to examine and treat Mr. Coker when, as evidenced by the inadequate care and treatment of Mr. Coker, they failed to exhibit the knowledge and skill and experience of practitioners with similar training and experience practicing in Fayetteville, Fayette County, Georgia community or other similar communities in 2012;

k.      Failed to insure through its policies and procedures that Mr. Coker received the requisite degree and standard of nursing home care and treatment regularly experienced at similar nursing homes;

l.      Breached an implied representation of its duty to Mr. Coker that the defendants' nursing homes and its staff was competent and would provide proper care and treatment for him and monitor and oversee and supervise the nursing and related personnel;

m.     Failed to provide qualified trained, experienced and capable nursing home staff to properly administer and monitor the examination and treatment of patients;

n.     The defendants' nursing home staff were negligent in that the care and treatment given by the defendants' nursing home through it's agents and employees both named herein and unnamed, was not in accordance with the standards of practice exercised among physicians, registered nurses, licensed practicing nurses and certified nursing assistants and nursing home staffs with similar training and experience as those of the individuals who were assigned to the care for Mr. Coker who practice in communities similar to Fayetteville, Fayette County, Georgia.  This failure to provide services with the standard of care as detailed herein constitutes negligence;

o.     Failed to exercise reasonable care and diligence in the application of its knowledge and the knowledge of its personnel to the care and treatment given to Mr. Coker and it did not use its best judgment in the treatment and care of Mr. Coker during that period of time in which Mr. Coker was under the care and treatment of the defendants' nursing home; and it did not exercise that degree of care which was in accordance with the standard of practice among nursing home and nursing home staff similarly trained, experienced and situated in similar communities at the time of the treatment of Mr. Coker;

p.    That the negligence of the individual defendants named herein and others unnamed who were assigned by the defendants' nursing home to render care to Mr. Coker is imputed to all of the defendants;

q.    Failed to exercise due and reasonable care for Mr. Coker;

r.    The defendants did not x-ray Mr. Coker and did not have Mr. Coker x-rayed when Mr. Coker evidenced pain;

s.    The defendants did not properly monitor, watch, and observe Mr. Coker and did not observe that he had demonstrated signs and symptoms of a swallowed dental bridge;

t.    The defendants ignored the complaints of pain made by Mr. Coker and his family and failed to act upon those complaints of pain by referring him to an outside doctor, ordering x-rays, or otherwise examining him or having him examined at another facility (i.e., the local emergency room) which had superior equipment and facilities;

u.    Failed to exercise due and reasonable care in the selection and/or retention of its employees who were involved in the care and treatment of Mr. Coker as set out above who were not sufficiently trained and skilled to examine and treat patients and were incompetent and/or inexperienced;

v.    That the agents and employees of the defendants' nursing home which were assigned and rendered care and treatment to Mr. Coker, failed to exercise

reasonable care and diligence in the treatment and care of Mr. Coker and that the defendants' nursing home is responsible under the doctrine of Respondeat Superior;

w.      That the defendant nursing home failed to make reasonable effort to monitor and oversee Mr. Coker's condition despite the fact that he continued to show evidence of increasing pain and suffering;

x.      The defendants' nursing home failed to exercise reasonable care and diligence in its examination and treatment of Mr. Coker from approximately October 16, 2012 through approximately October 19, 2012;

y.      The agents and employees of the defendants' nursing home, including the registered nurses and other nursing personnel failed to exhibit the knowledge and skill which was possessed by other registered nurses and other nursing personnel with similar training and experience practicing in the Fayetteville, Fayette County, Georgia communities or similar communities at all times mentioned;

z.      The agents and employees of the defendants' nursing home, including the registered nurses and other nursing personnel failed to exercise care and diligence in the application of their knowledge as registered nurses and other nursing personnel to the care and treatment of Mr. Coker and did not use their best judgment in the treatment and care of Mr. Coker during the period and time that Mr. Coker was a patient at the defendants' nursing home from approximately October 16, 2012 through approximately October 19, 2012;

- 18 -

aa.    The nursing personnel who were involved in the examination or treatment of Mr. Coker were acting within the course and scope of their employment for the defendants' nursing home and were agents and employees of the remaining defendants in the administration of nursing home services to Mr. Coker; and

bb.    The negligence of the individual nurses and other nursing personnel as set out above is imputed to all of the defendants.

## COUNT I

## SIMPLE NEGLIGENCE

46.

Plaintiffs adopt and reallege paragraphs 1 through 45 as though fully realleged and form paragraphs 1 through 45 of this Count.

47.

At all times mentioned herein a health care provider-patient relationship existed between Mr. Coker and the physicians, staff and nurses on duty at the defendants' nursing facility.

48.

At all times mentioned herein the defendants' facility located at 110 Brandywine Boulevard, Fayetteville, Georgia held itself out to the public and to the plaintiffs as providing nursing home services and skilled care nursing services and nursing facilities and rehabilitation services and including adult care home beds in

combination facilities.  Mr. Coker and his family looked to the defendants' nursing facility and to the individual doctors, nurses and nursing personnel to provide appropriate nursing care for Mr. Coker.  The plaintiffs placed Mr. Coker in that facility in the reasonable belief that those services were being rendered in an appropriate manner by the nursing home, nursing facility or its employees, agents or apparent agents.

49.

The negligence of the individual physicians, registered nurses, licensed practicing nurses and other personnel as set out herein is imputed to all of the defendants.

50.

At all times mentioned herein it was the duty of the defendants in operating the nursing facility located at 110 Brandywine Road, Fayetteville, Georgia to exercise that degree of care in accordance with the standard of practice among members of the healthcare profession with similar training and experience situated in the same or similar community at the time of the acts alleged herein.

51.

The defendants, acting through its agents and employees and its apparent agents owed Mr. Coker a duty to exercise reasonable care and diligence, to exercise their best medical and nursing judgment and to comply with the standards of practice among

members of the same health care profession with similar training, experience and situated in the same or similar communities in 2012.

<div align="center">52.</div>

As a direct and proximate result of the agents and apparent agents of the defendants and as a direct result of the negligence of the defendants as alleged herein the Mr. Coker died on March 23, 2013.  Further, as a result of this negligence the plaintiffs, Betty Ann Coker, Robert A. Coker and Sherri A. Hutson, have been deprived of their husband's and father's services, care, society, companionship, comfort and guidance.  Further, other members of the family of Mr. Coker, as a result of the negligence of these defendants have been deprived of the services, care, society, companionship, comfort and guidance of their husband, father, grandfather and great-grandfather.

<div align="center">53.</div>

Plaintiffs are also entitled to recover reasonable attorney's fees and expenses of litigation with respect to the claims pursuant to O.C.G.A. § 13-6-11 because defendants acted in bad faith and have been stubbornly litigious.

<div align="center"><u>**COUNT II**</u></div>

<div align="center"><u>**MEDICAL NEGLIGENCE**</u></div>

<div align="center">54.</div>

Plaintiffs adopt and reallege paragraphs 1 through 53 as though fully realleged and form paragraphs 1 through 53 of this Count.

55.

Sally Goza, M.D., and any and all nurses, technicians, other personnel at Lafayette Health Care Center, Inc., and Kindred-Lafayette were required to exercise that degree of care and skill ordinarily employed by health care providers generally when dealing with like conditions and similar circumstances as Mr. Coker experienced between approximately October 16, 2012 and approximately October 19, 2012.

56.

The defendants in general, and Dr. Sally Goza in particular, (as shown in the Affidavit of Perry J. Starer, M.D., herein as Attachment "8"):

      a.      Failed to fully assess Mr. Coker's condition and needs;

      b.      Failed to protect Mr. Coker from the obvious injury due to the failure to remove his dental bridge before retirement;

      c.      Violated the standards of care by allowing the advancement of his dental bridge further down his throat;

      d.      Failed to complete the investigation of the problems as presented with symptoms after the swallowing of the dental bridge;

      e.      Failed to promptly transport Mr. Coker to the Piedmont Fayette Emergency Room where superior review resources and equipment were available.

57.

Sally Goza, M.D., and any and all nurses, technicians, other personnel at Lafayette Health Care Center, Inc., and Kindred-Lafayette performing care on Mr. Coker between approximately October 16, 2012 and October 19, 2012, deviated from the standard of care outlined in the immediately preceding paragraph in that they failed to exercise the degree of care and skill required by health care providers generally, inter alia, by failing to promptly consider the medical records available and on hand at Lafayette Healthcare Center.

58.

As a direct and proximate result of the failure to exercise appropriate care on the part of Sally Goza, M.D., nurses, technicians, other individuals at Lafayette Health Care Center, Inc., and Kindred-Lafayette performing care on Mr. Coker between approximately October 16, 2012 and approximately October 19, 2012, Mr. Coker suffered extreme damage, pain and suffering.

59.

Attached and incorporated by reference as Attachment "8" is the Affidavit of Perry J. Starer, M.D., who is qualified as an expert witness on the issues raised in this Complaint.  Said Affidavit specifies at least one negligent act or omission on the part of the defendants and of Dr. Sally Goza and the remaining defendants and the factual

basis that underlies the negligent acts or omissions that resulted in injuries to Mr. Coker as is also more fully realleged in this Complaint.

<div align="center">60.</div>

Attached and incorporated by reference as Attachment "9" is the Affidavit of Georgette M. Bieber, RN C, LNCC, who is qualified as an expert witness on the issues raised in this Complaint.  Said Affidavit specifies at least one negligent act or omission on the part of the defendants and of the nursing staff and the factual basis that underlies the negligent acts or omissions that resulted in injuries to Mr. Coker as is also more fully realleged in this Complaint.

<div align="center">

**COUNT III**

**GROSS NEGLIGENCE**

61.

</div>

Plaintiffs adopt and reallege paragraphs 1 through 60 as though fully realleged and form paragraphs 1 through 60 of this Count.

<div align="center">62.</div>

The parties agreed that the defendants would provide medical, nursing, and rehabilitation services to Mr. Coker.

<div align="center">63.</div>

The defendants freely and consciously assumed the aforementioned duties of providing competent medical care to Mr. Coker.

64.

The defendants had an implied duty to perform their duties in a manner consistent with the standard of care in the community.

65.

The defendants provided, supervised and controlled the work.

66.

The defendants failed to render care in a good and careful manner.

67.

The defendants exhibited a complete lack of care and reckless indifference to the rights of the plaintiffs and/or Mr. Coker.

68.

Defendants owed a duty of reasonable care and diligence to plaintiffs and Mr. Coker.

69.

Defendants failed to exercise reasonable or slight care and diligence in failing to properly monitor the care of Mr. Coker, the same constituting gross negligence and negligence per se by the defendants.

70.

As a result of the defendants' negligence, the plaintiffs and Mr. Coker have been damaged.

71.

The defendants have exhibited reckless and willful indifference to the rights of the plaintiffs and Mr. Coker.

72.

Plaintiffs and Mr. Coker have been damaged by the defendants' gross negligence.

73.

Defendants' failure to properly perform was the proximate cause of plaintiffs' and of Mr. Coker's damage and death.

74.

The defendants are liable in gross negligence and for the assessment of actual and punitive damages under O.C.G.A. §51-12-5.1 since they have demonstrated willful misconduct and that entire want of care which raises the presumption of conscious indifference to consequences.

## COUNT IV

## NEGLIGENT HIRING, TRAINING, SUPERVISION AND RETENTION OF EMPLOYEES

75.

Plaintiffs adopt and reallege paragraphs 1 through 74 as though fully realleged and form paragraphs 1 through 74 of this Count.

76.

Upon information and belief, Kindred-Lafayette has had previous employment/employee issues related to the sound provision of medical care.

77.

Based upon this knowledge, at the time of Mr. Coker's admission to Kindred-Lafayette and including October 16th through October 19th, 2012, Defendants were negligent in hiring, training, supervising and retaining the employees who caused the injuries and, ultimately the death of Mr. Coker.

## **COUNT V**

## **LOSS OF CONSORTIUM**

78.

Plaintiffs adopt and reallege paragraphs 1 through 77 as though fully realleged and form paragraphs 1 through 77 of this Count.

79.

As a direct and proximate result of Defendant's negligence, causing the injuries to Robert L. Coker, Plaintiffs also bring this action for the loss of the society, companionship and consortium between Robert L. Coker and Betty J. Coker brought about by the personal injuries which Mr. Coker sustained as a result of the negligence of the Defendants.

# COUNT VI

# ESTABLISHMENT OF LIABILITY THROUGH IMPOSITION

# OF ALTER EGO THEORY

80.

Plaintiffs adopt and reallege paragraphs 1 through 79 as though fully realleged and form paragraphs 1 through 79 of this Count.

81.

Defendants Kindred Healthcare Operating, Inc., Kindred Healthcare, Inc. and Lafayette Health Care Center, Inc. have interlocking memberships and directorships.

82.

Each of the three (3) Kindred defendants has attempted to extend benefits and legal rights to each other by and through the Lafayette Healthcare, et al, including efforts to contract with representatives of Robert L. Coker.  As a consequence of these shared benefits and shared opportunities, the Kindred defendants have assumed joint and several liability for all acts complained of in the instant Complaint.

83.

The only way in which justice can be served and plaintiffs' and Mr. Coker's rights to be preserved is for Kindred and Lafayette to be held responsible, jointly and severally.

84.

Kindred Healthcare Operating, Inc. and Kindred Healthcare, Inc. in fact controlled the method, manner and means by which the attempted and grossly negligent medical service was provided to Mr. Coker between October 16, 2012 and October 19, 2012.

## COUNT VII

## DAMAGES DUE TO WRONGFUL DEATH

85.

Plaintiffs adopt and reallege paragraphs 1 through 84 as though fully realleged and form paragraphs 1 through 84 of this Count.

86.

The death of Mr. Coker resulted from the acts of negligence and gross negligence of the Defendants.

87.

Plaintiffs are entitled to recover the full value of Mr. Coker's life.

88.

Plaintiffs are entitled to recover all damages accruing as a result of the death of Mr. Coker, including medical expenses, funeral home expenses and burial expenses.

WHEREFORE, Plaintiffs pray:

(a)    that this Court grant a trial by jury as to all issues so triable;

(b)     for general damages as shall be determined by the enlightened conscience of a fair and impartial jury;

(c)     for actual damages as shall be proven at trial;

(d)     for punitive damages as shall be determined by the enlightened conscience of a fair and impartial jury;

(e)     for reimbursement of the expenses of death including burial expenses;

(f)     for attorneys fees and costs of this action;

(g)     for such other and further relief as is just and proper.


This __26__ day of __March__, 2014.

/s/ JOHN W. MROSEK, ESQ.  03/26/14
_____

JOHN W. MROSEK, ESQ.
Attorney for Plaintiffs
[Ga. Bar No. 527823]

101 Devant Street
Suite 605
Fayetteville, GA  30214
(770) 461-6094
john@mroseklaw.com

# KINDRED
# LAFAYETTE
# RECORDS

## SKILLED NURSING FACILITY INITIAL ASSESSMENT

Resident Name: _Robert Coker_                  Date: _10-17-12_ [1]

Room# _501_

Primary Care Physician

Specialists:

Family          Present (Absent)

Chief Complaint: _hip ft_

History of Present Illness  _Mr. Coker is an 85 yo o_

_s/p surgery fr ⓛ hip fracture_
_10-9-12 by Dr. Goodman_

Resident Name: _Robert Coker_     Date: _10·17·12_ [2]

Room# _501A_

Past Medical History

Parkinson's disease / dementia

heart disease
    a-fib
    cardiomyopathy
    EF 35-40%
    aortic stenosis

BPH

htn

peptic ulcer disease

h/o TIA

hypothyroidism

s/p hernia repair

Resident Name: Robert Coker          Date: 10-17-12   3

Room# 501A

Medications:

Sinemet 10/100   QID

aricept 10 γ ghs

finasteride 5 mg daily

folic acid 1 mg daily

lasix 20 mg daily

synthroid 50 mcg daily

namenda 5 γ BID

Protonix 40 γ daily

flomax 0.4 γ q am

systane OU QID

lopressor 25 mg BID

coumadin 7.5 γ daily

Medication Allergies   Pen, cipro, bactrim,
                       sulfa, clindamycin

Resident Name: *Robert Coker*          Date: *10-17-12*        4

Room# *501A*

Social History:          Information provided by :    ☐ ✔  Patient
                                                      ☐     Other

    With whom do you live?

    Do you smoke?

    Do you drink alcohol?

Family History          Information provided by :    ☐     Patient
                                                      ☐     Other

*Pt cannot provide social history, family history n review of systems*

Review of systems:    Information provided by :    ☐     Patient
                                                    ☐     Other

    Chest pain?

    Shortness of Breath?

    Last Bowel Movement?

    Weight Loss/Weight Gain?

    Fever?

    Are you in pain?

    Do you drive?

Resident Name: *Robert Coker*          Date: *10-17-12*          5

Room# *501A*

Were you able to walk 2 weeks prior to hospital admission?

How did you manage your ADLs 2 weeks prior to hospital admission?

|  |  |  |
|---|---|---|
| Bathing | Independent | Required Assistance |
| Dressing | Independent | Required Assistance |
| Toileting | Independent | Required Assistance |

Do you have any incontinence of bladder?

Do you have trouble voiding?

Do you have an enlarged prostate?

Do you have a pacemaker?

Do you have heartburn, indigestion or reflux?

Do you have a history of ulcers?

Have you noticed problems with short term memory?

Do you have anxiety?

Do you have depression?

Do you have seasonal allergies?

Do you have Glaucoma?

Do you have Hypothyroidism?

Do you have seizures?

Resident Name: *Robert Eden*          Date: *10·17·12*   6

Room# *501*

Physical Examination:

BP          *146/76*

T           *978*

P           *89*

R           *20*

O2Sat       *91% Room air*

General     *elderly ♂ somnolent but does wake to voice*

Heent       Face Symmetric

            EOMI — *Keeps eyes closed*

            Oral mucosa is *moist*   *Pupils equal + reactive*

Lungs       Clear   *upper airway noises*

Cardiovascular   RRR

            No murmurs

            No JVD

Abdomen     soft and non-tender

Extremities   Ø LE edema

Neuro/Musculoskeletal   Able to raise arms over head   *off bed but not overhead*

            Hand grips equal

            Plantar and dorsiflexion intact bilaterally

Skin        Palpation reveals skin turgor is *good*

Foley catheter present       Yes   (No)

PICC line/Midline present     Yes   (No)

*Pt cannot answer any questions*
*(L) hip incision c̄ staples*
*(+) erithema ⊖ drainage*

Resident Name: *Robert Coker*          Date: *10-17-12*          7

Room# *501*

Mental Status Examination:

What is your name?

Where are you now?

What year is it?

What month is it?

What day is it?

Why were you in the hospital?

} *Patient not able to participate*

SLUMS Examination

Assessment: *hip ft dementia*

Plan:

*PT/OT
ST eval
CXR
CMP CBC hold percocet*

Advance directives discussed with patient, who shows good understanding and requests no CPR in the event of cardiac or respiratory arrest.

Advance directives discussed with patient, who shows good understanding and requests CPR in the event of cardiac or respiratory arrest.

Advance directives discussed with patient, who shows good understanding and is undecided.

Advance directives not discussed.

Wendy Goza, M.D.

**RECORD OF ADMISSION TO**

**Kindred Healthcare**

Kindred Transitional Care And Rehabilitation-Lafayette   1228
Facility Name                                            Facility No

110 Brandywine Boulevard
Street Address

Fayetteville, GA. 30214                    deans                                10/23/2012
City, State, Zip Code                      Name of person preparing this form   Date

## IDENTIFICATION SUMMARY

| | | | |
|---|---|---|---|
| Resident Name (Last) Coker | (First) Robert | (Middle) Nickname | Patient Number 123965 | Date Admitted 10/16/2012 | Room Number 0401 |

Usual Residence – Street (if rural give location): 1209 Bay Club Circle
Primary Language — Previous Admission Date — Social Security Number: 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

City/Town (if precinct no, if applicable): Tampa   State: GA   Zip Code: 33607
Sex: Male   Birthplace: —   Date of Birth: 06/16/1927   Age: 85

County: —   Home Phone: (678) 300-2140   Citizenship: USA
Race: White, Not of Hispanic origin   Religion: —   Marital Status: —   Name Of Spouse: —

PDP Organization Name: —
PDP Plan: Pending PDP Selection

Medicare A Number: 253348532A   Medicare B Number: 253348532A   Medicaid Number: —
PDP RX ID #: —   PDP Group ID #: —

Name of Primary Insurance Company: —   Address: —
Insurance Policy Number/Group Number: —   Usual occupation: —

Name of Secondary Insurance Company: —   Address: —
Insurance Policy Number/Group Number: —

| | Address | (W) Phone | FAX | Pager |
|---|---|---|---|---|
| Attending Physician: Wendy Goza | 110 Brandywine Blvd., Fayetteville, GA. 30214 | (770) 461-2928 | | (770) 461-2928 |
| Alternate Physician: Ferroll Sams, III | 101 Yorktown Drive, Fayetteville, GA. 30214 | (770) 460-3000 | FAX | Pager |
| Dentist: Choice Family | .. ., | (H) Phone | (W) Phone | Cellular |
| Financial Agent, relationship: Andy  Coker, Son | Vb  Vb GA 11225 | (H) Phone (678) 300-2140 | | Cellular |
| Person to notify in Emergency, relationship: Sherry Hudson, Daughter | 1209 Bay Club Circle, Tampa, FL. 33607 | (404) 379-4296 | | Cellular (404) 379-4296 |
| Person to notify in Emergency, relationship: Andy Coker, Son | Vb, Vb, GA. 11225 | (678) 300-2140 | (W) Phone | Cellular |
| Mortuary to notify in case of death: Contact Family | Address | | | Phone |
| Admitted From (if institution, give Name, Address and Phone): Piedmont Fayette Hospital | 1255 Highway 54 West, Fayetteville, GA. 30214 | | | Phone (770) 719-7000 |
| If now Transferred to Facility | Referred By: Dr Adamnasser | If admitted from institution, give dates of stay: 10/07/2012 - 10/16/2012 | | |

NOTES/COMMENTS/ALLERGIES:
Andy Coker ( Son )

## ADMISSION SUMMARY

Primary Admitting Diagnosis: _____

This patient has been informed of his physical and mental condition and plan of treatment:
☐ Yes   ☐ No   If NO, explain: _____

Secondary Admitting Diagnosis: _____

Rehabilitation Potential: _____

Prognosis: _____

Transcribing Nurse's Signature _____ Date _____   *Physician's Signature _____ Date _____
* If this section is not signed by the Physician, this summary information has been transcribed from document(s) contained in this patient's clinical record which appropriately bear the physician's signature.

## DISCHARGE SUMMARY*

Discharge Date: _____   Discharge Time: _____

Accompanied By (Name): _____   Relationship: _____   Address: _____   City: _____   State: _____   Zip: _____

Place Discharge to: _____   Address: _____   City: _____   State: _____   Zip: _____   Phone: _____

Discharge Diagnosis: _____
Condition on Discharge   Recovered   Improved   Unimproved   Declined Treatment

Course of Treatment: _____
or Other (Explain): _____

Prognosis: _____

Transcribing Nurse's Signature _____ Date _____   *Physician's Signature _____ Date _____
* If this section is not signed by the Physician, this summary information has been transcribed from document(s) contained in this patient's clinical record which appropriately bear the physician's signature.

Resident's Name: Robert  Coker   Case Number: 123965   **ADMISSION/DISCHARGE SUMMARY**

Clinical Record Facesheet
Form No. FS001  (8/2006)

**Form 982/4P** © BRIGGS, Des Moines, IA 50306 (800) 247-2343

**PHYSICIAN'S TELEPHONE ORDERS**

---

| Name of Facility | _Coker Robert_ | Kindred | Address | 110 Brandywine Blvd |
| Family Name | _Coker RN_ | First Name | Admission Number | Room No. 501A | Attending Physician GozA |

| Date Ordered | Time Ordered | Date Discont. | Orders |
| 10-19-12 5:05 pm | | | hold coumadin |
| | | | In house pediam 10-20  10-21  10-22 |
| | | | BMP, CBC c dif v plt 10-22-12    10/18/12 |

Signature of Nurse Receiving Order: _J. Coker RN_

☐ Resident Notified
☐ Family Notified

Signature of Physician

Date

| | Initials | | Initials | | Initials | | |
| On MD Order Sheet | ✗ | Med/Tx Sheet | ✗ | Date & Time | ✗ | Communicated / Read Back |
| Pharmacy | ✗ | Nurses Notes | | Pt. Care Plan | | Signed |

**ORIGINAL COPY-Physician Please Sign and Return**

---

| Name of Facility | LNRC | Address | 110 Brandywine Blvd |
| Family Name | Coker | First Name | Robert | Admission Number | Room No. 501A | Attending Physician GozA Wi: |

| Date Ordered | Time Ordered | Date Discont. | Orders |
| 10/19/12 | | | Send to PHH ER for eval |
| | | | and tx for AMS |
| | | | T.O. Dr. Goza / [signature]   10-21-12 |

Signature of Nurse Receiving Order: [signature]

☐ Resident Notified
☐ Family Notified

Signature of Physician

Date

| | Initials | | Initials | | Initials | | |
| On MD Order Sheet | | Med/Tx Sheet | | Date & Time | | Communicated / Read Back |
| Pharmacy | | Nurses Notes | | Pt. Care Plan | | Signed |

**ORIGINAL COPY-Physician Please Sign and Return**

---

| Name of Facility | | Address | |
| Family Name | | First Name | Admission Number | Room No. | Attending Physician |

| Date Ordered | Time Ordered | Date Discont. | Orders |
| | | | |
| | | | |
| | | | |
| | | | |

Signature of Nurse Receiving Order

☐ Resident Notified
☐ Family Notified

Signature of Physician

Date

| | Initials | | Initials | | Initials | | |
| On MD Order Sheet | | Med/Tx Sheet | | Date & Time | | Communicated / Read Back |
| Pharmacy | | Nurses Notes | | Pt. Care Plan | | Signed |

**ORIGINAL COPY-Physician Please Sign and Return**



*ea/a*

**PHYSICIAN'S TELEPHONE ORDERS**
Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Name of Facility LNKC | | | Address 110 Brandywine Blvd | | | |
| Family Name Joyer | First Name Robert | | Admission Number | Room No. 501 | Attending Physician G03s | |
| Date Ordered 10/18/12 | Time Ordered | Date Discont. | Orders | | | |

D/c Mechanical Soft consistency Δ
to Puree consistency. Cont all previous
dietary restrictions.

T.O. Dr. G03s / C. JC, SLP  10/21/12

| Signature of Nurse Receiving Order | ☐ Resident Notified ☐ Family Notified | Signature of Physician | | | |
| --- | --- | --- | --- | --- | --- |
| | Initials | | Initials | | Initials |
| ✓ On MD Order Sheet | ea | ✓ Med/Tx Sheet | ea | ✓ Date & Time | ea |
| ✓ Pharmacy | ea | ✓ Nurses Notes | ea | ✓ Pt. Care Plan | ea |

ORIGINAL COPY-Physician Please Sign and Return

---

*STAT*

**PHYSICIAN'S TELEPHONE ORDERS**
Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Name of Facility Lafayette (Kindred) | | | Address 110 Brandywine Blvd Fayetteville, GA | | | |
| Family Name Joyer | First Name Robert | | Admission Number | Room No. 501A | Attending Physician C9320 | |
| Date Ordered 10/19/12 | Time Ordered 1am | Date Discont. | Orders | | | |

D/c Tiggall and aztreonam IV. Start Flagyl
500mg PO. QID for 2 weeks. Start Aztreonam
1 gm IV Q8 hours for 2 weeks. Give Duneb
rebulizer treatments QID.

T.O. Dr. Wendy G020 Deidra Node RN  10/19/12

| Signature of Nurse Receiving Order | ☐ Resident Notified ☐ Family Notified | Signature of Physician | | | |
| --- | --- | --- | --- | --- | --- |
| | Initials | | Initials | | Initials |
| ✓ On MD Order Sheet | an | ✓ Med/Tx Sheet | an | ✓ Date & Time | an |
| Pharmacy | | Nurses Notes | | Pt. Care Plan | |

ORIGINAL COPY-Physician Please Sign and Return

---

**PHYSICIAN'S TELEPHONE ORDERS**
Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Name of Facility Lafayette (Kindred) | | | Address 110 Brandy Wiene Blvd | | | |
| Family Name Joyer Robert | First Name | | Admission Number | Room No. 501A | Attending Physician G02a | |
| Date Ordered 10/19/12 | Time Ordered 2130 | Date Discont. | Orders | | | |

Resident to have 3 L/34m O2
via NC. Dx SOB
V.O. Dr. G02a C. Townlin PT
(RBV)  10/19/12

| Signature of Nurse Receiving Order | ☐ Resident Notified ☐ Family Notified | Signature of Physician | | | |
| --- | --- | --- | --- | --- | --- |
| | Initials | | Initials | | Initials |
| On MD Order Sheet | | Med/Tx Sheet | | Date & Time | |
| Pharmacy | | Nurses Notes | | Pt. Care Plan | |

ORIGINAL COPY-Physician Please Sign and Return

ea/m

**PHYSICIAN'S TELEPHONE ORDERS** — Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Name of Facility | | | | Address | | | |
|---|---|---|---|---|---|---|---|
| Family Name _Potter Robert_ | | | First Name | Admission Number | Room No. | Attending Physician | |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10-18-12 | 11:40 am | | Lactobacillus T PO BID |
| | | | BMP, CBC i dif + plt, TSH, B-12  10-19-12 |
| | | | Urine for UA/C+S dx fever _MD_ 10-18-12 |

Signature of Nurse Receiving Order _Carla Cole LPN_   ☐ Resident Notified  ☐ Family Notified   Signature of Physician _MD_   Date

| Initials | | Initials | | Initials | |
|---|---|---|---|---|---|
| ea On MD Order Sheet | ea Med/Tx Sheet | ea Date & Time | ea Communicated/Read Back |
| ea Pharmacy | ea Nurses Notes | ea Pt. Care Plan | ea Signed |

**ORIGINAL COPY–Physician Please Sign and Return**

---

ea/m

| Name of Facility | | | | Address | | | |
|---|---|---|---|---|---|---|---|
| Family Name _Potter Robert_ | | | First Name | Admission Number | Room No. | Attending Physician | |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10-18-12 | 11:40 am | | hold ascept |
| | | | hold namenda |
| | | | hold nycodone |

Signature of Nurse Receiving Order _Carla Cole LPN_   ☐ Resident Notified  ☐ Family Notified   Signature of Physician _MD_   Date 10-18-12

| Initials | | Initials | | Initials | |
|---|---|---|---|---|---|
| ea On MD Order Sheet | ea Med/Tx Sheet | ea Date & Time | ea Communicated/Read Back |
| ea Pharmacy | ea Nurses Notes | ea Pt. Care Plan | ea Signed |

**ORIGINAL COPY–Physician Please Sign and Return**

---

ea/m

| Name of Facility | | | | Address | | | |
|---|---|---|---|---|---|---|---|
| Family Name _Potter Robert_ | | | First Name | Admission Number | Room No. | Attending Physician | |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10-18-12 | 4:05 pm | | Please call Dr. Hood - may we remove statches & dressing from recent surgical procedure ? _MD_ 10-21-12 |

Signature of Nurse Receiving Order _Carla Cole LPN_   ☐ Resident Notified  ☐ Family Notified   Signature of Physician _MD_   Date

| Initials | | Initials | | Initials | |
|---|---|---|---|---|---|
| ea On MD Order Sheet | ea Med/Tx Sheet | ea Date & Time | ea Communicated/Read Back |
| M Pharmacy | ea Nurses Notes | ea Pt. Care Plan | ea Signed |

**ORIGINAL COPY–Physician Please Sign and Return**



ea/m

**PHYSICIAN'S TELEPHONE ORDERS**   Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Name of Facility | | Address | | | |
|---|---|---|---|---|---|
| Family Name *Ester Robert* | First Name | Admission Number | Room No. | Attending Physician | |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10-18-12 | 11:40 am | | colace 100 ℥ PO BID |
| | | | miralax 17 grams in liquid PO q day |
| | | | do not give if pt having loose stools |
| | | | moisture barrier to sacrum + buttocks q shift |
| | | | skin prep to heels daily |

| Signature of Nurse Receiving Order | | Resident Notified ☐  Family Notified ☐ | Signature of Physician *MD* | Date 10-18-12 |
|---|---|---|---|---|

| | Initials | | Initials | | Initials | | |
|---|---|---|---|---|---|---|---|
| ☐ On MD Order Sheet | ea | ☐ Med/Tx Sheet | ea | ☐ Date & Time | ea | ☐ Communicated / Read Back | |
| ☐ Pharmacy | ea | ☐ Nurses Notes | ea | ☐ Pt. Care Plan | ea | ☐ Signed | |

**ORIGINAL COPY-Physician Please Sign and Return**

---

ea/m

**PHYSICIAN'S TELEPHONE ORDERS**   Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Name of Facility | | Address | | | |
|---|---|---|---|---|---|
| Family Name *Ester Robert* | First Name | Admission Number | Room No. | Attending Physician | |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10-18-12 | 11:40 am | | float heels when in bed |
| | | | call Dr. Goodman's office for staple removal date |
| | | | dry dressing to hip incision ⊘ daily |

| Signature of Nurse Receiving Order | | Resident Notified ☐  Family Notified ☐ | Signature of Physician *MD* | Date 10-18-12 |
|---|---|---|---|---|

| | Initials | | Initials | | Initials | | |
|---|---|---|---|---|---|---|---|
| ☐ On MD Order Sheet | ea | ☐ Med/Tx Sheet | ea | ☐ Date & Time | ea | ☐ Communicated / Read Back | |
| ☐ Pharmacy | ea | ☐ Nurses Notes | ea | ☐ Pt. Care Plan | ea | ☐ Signed | |

**ORIGINAL COPY-Physician Please Sign and Return**

---

ea/m

**PHYSICIAN'S TELEPHONE ORDERS**   Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Name of Facility | | Address | | | |
|---|---|---|---|---|---|
| Family Name *Ester* | First Name | Admission Number | Room No. | Attending Physician | |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10-18-12 | 11:40 am | | dc levaquin 500 ℥ IV q day |
| | | | begin vancomycin 1 gram IV q 8h |
| | | | x 2 weeks |

| Signature of Nurse Receiving Order | | Resident Notified ☐  Family Notified ☐ | Signature of Physician *MD* | Date 10-18-12 |
|---|---|---|---|---|

| | Initials | | Initials | | Initials | | |
|---|---|---|---|---|---|---|---|
| ☐ On MD Order Sheet | ea | ☐ Med/Tx Sheet | ea | ☐ Date & Time | ea | ☐ Communicated / Read Back | |
| ☐ Pharmacy | ea | ☐ Nurses Notes | ea | ☐ Pt. Care Plan | ea | ☐ Signed | |

**ORIGINAL COPY-Physician Please Sign and Return**

**FAXED**

| Name of Facility _CURML_ | | Address | | |
|---|---|---|---|---|
| Family Name _Allen Robert_ | First Name | Admission Number | Room No. | Attending Physician |

PHYSICIANS TELEPHONE ORDERS — Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10-18 | De | 915 | DC Levaquin IV |
| | | | Aztreonam 1g IV Q8h x 2 weeks |
| | | | Dx: Pneumonia |
| | | | V.O. Dr. Gora / Cynthia Taylor RN |

Signature of Nurse Receiving Order _Cynthia Taylor RN_  ☐ Resident Notified  ☐ Family Notified   Signature of Physician   Date 10/18 915

| | Initials | | Initials | | Initials | |
|---|---|---|---|---|---|---|
| On MD Order Sheet | | Med/Tx Sheet | | Date & Time | | Communicated/Read Back |
| Pharmacy | | Nurses Notes | | Pt. Care Plan | | Signed |

ORIGINAL COPY-Physician Please Sign and Return



| Name of Facility | | Address | | |
|---|---|---|---|---|
| Family Name | First Name | Admission Number | Room No. | Attending Physician |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| | | | |

Signature of Nurse Receiving Order   ☐ Resident Notified  ☐ Family Notified   Signature of Physician   Date

| | Initials | | Initials | | Initials | |
|---|---|---|---|---|---|---|
| On MD Order Sheet | | Med/Tx Sheet | | Date & Time | | Communicated/Read Back |
| Pharmacy | | Nurses Notes | | Pt. Care Plan | | Signed |

ORIGINAL COPY-Physician Please Sign and Return



| Name of Facility | | Address | | |
|---|---|---|---|---|
| Family Name | First Name | Admission Number | Room No. | Attending Physician |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| | | | |

Signature of Nurse Receiving Order   ☐ Resident Notified  ☐ Family Notified   Signature of Physician   Date

| | Initials | | Initials | | Initials | |
|---|---|---|---|---|---|---|
| On MD Order Sheet | | Med/Tx Sheet | | Date & Time | | Communicated/Read Back |
| Pharmacy | | Nurses Notes | | Pt. Care Plan | | Signed |

ORIGINAL COPY-Physician Please Sign and Return



FAXED
10·14·12



PHYSICIAN'S TELEPHONE ORDERS   Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Name of Facility | | Address | | | |
|---|---|---|---|---|---|
| Family Name | First Name | Admission Number | Room No. | Attending Physician | |

**Orders**

ORIGINAL COPY-Physician Please Sign and Return

FAXED
10/18/12

| Name of Facility | | Address | | | |
|---|---|---|---|---|---|
| Family Name | First Name | Admission Number | Room No. | Attending Physician | |

**Orders**

ORIGINAL COPY-Physician Please Sign and Return

| Name of Facility | | Address | | | |
|---|---|---|---|---|---|
| Family Name | First Name | Admission Number | Room No. | Attending Physician | |

**Orders**

ORIGINAL COPY-Physician Please Sign and Return



Claim # 132266

---

PHYSICIAN'S TELEPHONE ORDERS
Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Name of Facility | | Address | | | |
|---|---|---|---|---|---|
| Family Name Coker Robert | First Name | Admission Number | Room No 601 A | Attending Physician | |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10-17-12 | 3:40pm | | CXR - d/t congestion |
| | | | start CMP, CBC c dif + plt |
| | | | hold percocet |

Signature of Nurse Receiving Order

☐ Resident Notified   Signature of Physician
☐ Family Notified

| | Initials | | Initials | | Initials | |
|---|---|---|---|---|---|---|
| On MD Order Sheet | | Med/Tx Sheet | | Date & Time | | Communicated / Read Back |
| Pharmacy | | Nurses Notes | | Pt. Care Plan | | Signed |

**ORIGINAL COPY-Physician Please Sign and Return**

---

**FAXED**

PHYSICIAN'S TELEPHONE ORDERS
Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Name of Facility | | | | | |
|---|---|---|---|---|---|
| Family Name Coker Robert | First Name | Admission Number | Room No 601 A | Attending Physician | |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10-18-12 | 9:40 am | | Sputum for gram stain + C+S |
| | | | clindamycin 800 300 mg IV q 8 h |
| | | | x 2 weeks for pneumonia |
| | | | do not resuscitate in the event of cardiac |
| | | | arrest - son has seen |

Signature of Nurse Receiving Order

☐ Resident Notified   Signature of Physician
☐ Family Notified

| | Initials | | Initials | | Initials | Date 10/18/ |
|---|---|---|---|---|---|---|
| On MD Order Sheet | | Med/Tx Sheet | | Date & Time | | Communicated / Read Back |
| Pharmacy | | Nurses Notes | | Pt. Care Plan | | Signed 10/18/ |

**ORIGINAL COPY-Physician Please Sign and Return**

---

**FAXED**
10/19/12

PHYSICIAN'S TELEPHONE ORDERS
Form 982/4P © BRIGGS, Des Moines, IA 50306 (800) 247-2343

| Name of Facility | | Address | | | |
|---|---|---|---|---|---|
| Family Name Coker Robert | First Name | Admission Number | Room No 601 A | Attending Physician | |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10-18-12 | 9:40 am | | IVF NS @ 50 cc / hr x 2L |
| | | | Levaquin 500 mg IV q day x 2 weeks |
| | | | for pneumonia |

Signature of Nurse Receiving Order

☐ Resident Notified   Signature of Physician
☐ Family Notified   Date 10-18-12

| | Initials | | Initials | | Initials | |
|---|---|---|---|---|---|---|
| On MD Order Sheet | | Med/Tx Sheet | | Date & Time | | Communicated / Read Back |
| Pharmacy | | Nurses Notes | | Pt. Care Plan | | Signed |

**ORIGINAL COPY-Physician Please Sign and Return**

ea/

**Name of Facility** LNRC   **Address** 110 Brandywine Blvd.

| Family Name | First Name | Admission Number | Room No. | Attending Physician |
|---|---|---|---|---|
| Coker | Robert | | 50 1A | Goza |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10/17/12 | | | Diet order: D/C regular consistency + Δ to mechanical soft / chopped meats & thin liquids.

T.O. Dr. Goza / C. _____, LPN |

**Signature of Nurse Receiving Order** C. ____ LPN
☐ Resident Notified  ☐ Family Notified

**Signature of Physician** _____  **Date** 10-17-12

| | Initials | | Initials | | Initials | |
|---|---|---|---|---|---|---|
| On MD Order Sheet | ea | Med/Tx Sheet | ea | Date & Time | ea | Communic |
| NA Pharmacy | ea | Nurses Notes | ea | Pt. Care Plan | ea | Signed |

ORIGINAL COPY-Physician Please Sign and Return

---

ea/

**Name of Facility** Coker Robert   **Address**

| Family Name | First Name | Admission Number | Room No. | Attending Physician |
|---|---|---|---|---|
| Coker Robert | | | 50 1A | |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10-17-12 | 525 pm | | In house protime 10-18-12
dc fragmin
dc / lovenox |

**Signature of Nurse Receiving Order** C. ____ LPN
☐ Resident Notified  ☐ Family Notified

**Signature of Physician** _____  **Date** 10-17-12

| | Initials | | Initials | | Initials | |
|---|---|---|---|---|---|---|
| On MD Order Sheet | ea | Med/Tx Sheet | ea | Date & Time | ea | Communicated / Read Back |
| Pharmacy | ea | Nurses Notes | ea | Pt. Care Plan | ea | Signed |

ORIGINAL COPY-Physician Please Sign and Return

---

ea/

**Name of Facility** LNRC   **Address**

| Family Name | First Name | Admission Number | Room No. | Attending Physician |
|---|---|---|---|---|
| Coker Robert | | | 50 1A | Dr. Goza |

| Date Ordered | Time Ordered | Date Discont. | Orders |
|---|---|---|---|
| 10/17/12 | 1730 | | Orally suction with Yaunker for congestion/upper airway cough   V.O. Dr. Goza / Franklin RN ABV |

**Signature of Nurse Receiving Order** ____ LPN
☐ Resident Notified  ☐ Family Notified

**Signature of Physician** _____  **Date** 10-18-12

| | Initials | | Initials | | Initials | |
|---|---|---|---|---|---|---|
| On MD Order Sheet | ea | Med/Tx Sheet | ea | Date & Time | ea | Communicated / Read Back |
| NA Pharmacy | ea | Nurses Notes | ea | NA Pt. Care Plan | ea | Signed |

ORIGINAL COPY-Physician Please Sign and Return

# PIEDMONT FAYETTE HOSPITAL

Medical Admission Unit
1255 Highway 54 West
Fayetteville, Georgia 30214
phone: 770.719.7455
piedmontfayette.org

Name: _Coker, Robert_   DOB: _6/16/22_

Address: _____   Date: _12/18/12_

FRAGMIN
INJECT 18,000 units SQ daily
#Seven (7) day supply
Refills: Zero.

☐ Label        Refill: _____

DEA#: _____   NPI#: _1316107428_

Signature: _B Brannen_        **Rx**

SRC120222C001314637-MV4798-01139

This blue document is protected by security features listed on the back.  Standard Register. All rights reserved.

# PIEDMONT FAYETTE HOSPITAL

1255 Highway 54 West • MS3 SOUTH
Fayetteville
phone    800077790
fax: 77        COKER,ROBERT
              06/16/27   M  85Y
              BRATHWAITE,PAULA
              F1228100013

DATE: _____

TIME: _____

INITIALS: _____

Name. _____    OB: _____

Address: _____    Date: 8/16/11

Percocet 5/325 mg
Take 1-2 Tabs PO Q6° PRN pain
#40          Refills: Zero (0)

☐ Label        Refill: _____

DEA#: _____    NPI#: 131610-9426

Signature: _____

Rx

SRC120320C001314637-MV5245-00721

This blue document is protected by security features listed on the back.  Standard Register. All rights reserved.

# PIEDMONT FAYETTE HOSPITAL

Medical Admission Unit
1255 Highway 54 West
Fayetteville, Georgia 30214
phone: 770.719.7455
piedmontfayette.org

Name: _Coker, Robert_   DOB: 6/16/27

Address: _____   Date: 5/5/12

Lovenox
Inject 100mg SQ BID
# Seven Day Supply
Refills: Zero

☐ Label      Refill:

DEA#: _____   NPI#: _1316104921_

Signature: _Brannen_

SRC120222G00131463?-MV4798- 01138

This blue document is protected by security features listed on the back.  Standard Register. All rights reserved

# PIEDMONT
# FAYETTE
# HOSPITAL

1255 Highway 54 West • MS3 SOUTH

Fayett~ ··· 800077790 ¹¹⁴       DATE: _____
phone        COKER,ROBERT
fax: 7;      06/16/27    M 85Y    TIME: _____
             BRATHWAITE,PAULA
             F1228100013           INITIALS: _____

Name _____                OB: _____

Address: _____    Date: 10/14/11

① WARFARIN 7.5 mg
   Take 1 p'ls daily
   # 80       Refills: Two (2)

② METOPROL 25mg
   Take 1 po BID
   # 60       Refills: Three (3)

☐ Label    Refill: _____

DEA#: _____    NPI#: 1316107428

Signature: ____ Brandon ·

SRC12032000013-4637-MV5245-00720

This blue document is protected by security features listed on the back.  Standard Register. All rights reserved

# PIEDMONT FAYETTE HOSPITAL

10/16/2012
12:56:28PM

**Discharge Medication Report**

OK/D

COKER. ROBERT
Attending Physician
Bradshaw, Mark R.

F-4 South-455-01
Admit
10/7/12  8:49 am

Age:  85  Male

MRN
800077790

Visit
1228100013

Generic                                                          Dose

## Home Medications to Continue

| Generic | Brand | Dose | Frequency | Route | Instructions |
|---|---|---|---|---|---|
| *carbidopa-levodopa tablet 10 mg-100 mg | Sinemet | 1 tab(s) | 4 times a day | oral | |
| *donepezil tablet | | 10 mg | once a day (at bedtime) | oral | |
| finasteride tablet | | 5 mg | once a day | oral | |
| *folic acid tablet | | 1 mg | once a day | oral | |
| *furosemide tablet | | 20 mg | once a day | oral | |
| *levothyroxine tablet | Levothroid | 50 mcg | once a day | oral | |
| *memantine tablet | Namenda | 5 mg | 2 times a day | oral | |
| *mupirocin topical cream | | 1 app | 3 times a day | applied topically | for 10days surgery 10/5/12 |
| *ocular lubricant solution | Systane | 1 gtt | 4 times a day | ophthalmic | |
| *pantoprazole enteric coated tablet | | 40 mg | once a day | oral | |
| *potassium chloride capsule, extended release | | 10 mEq | once a day | oral | |
| *tamsulosin capsule | | 0.4 mg | once a day | oral | |

Protime
in house

## New Home Medications

10-17-12

| Generic | Brand | Dose | Frequency | Route | Instructions |
|---|---|---|---|---|---|
| *Acetaminophen-OxycoDONE tablet | | 1 tablet(s) | every 6 hours | orally | As Needed For Pain - Moderate |
| *MetoPROLOL tartrate tablet | | 25 mg | 2 times a day | orally | |
| *Warfarin tablet | | 7.5 mg | once a day | orally | |

tylenol 650 x 1 PO q 6h prn pain
Oxycodone 5 x 1-2 PO q 6 h
for pain not relieved by tylenol

MRR Reconciled By Physician
Mark R. Bradshaw, MD

Page 1 of 2



**PIEDMONT**
**FAYETTE**
**HOSPITAL**

**Discharge Medication Report**

**COKER, ROBERT**          F-4 South-455-01              Age:   85      Male
<u>**Attending Physician**</u>         <u>Admit</u>              <u>MRN</u>             <u>Visit</u>
Bradshaw, Mark R.          10/7/12  8:49 am      800077790          1228100013

| <u>Generic</u> | <u>Dose</u> | | |
|---|---|---|---|
| *Warfarin tablet | 7.5 mg | once a day | orally |

**Follow-up with your Prescribing Physician on all home medications**

<u>MRR Reconciled By Physician</u>

Mark R. Bradshaw, MD

# PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 10-18-12 | | Internal Medicine — Family about |

Internal Medicine  Family about

(S) Mr. Coker is seen in for for congestion
+ somnolence. $O_2$ sats ↓ today requiring
3L $O_2$ supplement

(O) 124/76   98   78   20
temp @ time of exam 102
$O_2$ sat on 3L  91%

elderly ♂ who remains somnolent
upper airway congestion present —
RT present to suction patient
CXR ⊖ for infiltrate
hip incision — most erythema noted —
no drainage

(A) hip fx
fever

(P) ✓ UA/C+S
Begin ancef + flagyl
IVF
Case discussed ī son who requests DNR
status

# ADMISSION ORDERS RECORD

| Medications Orders (Include diagnosis for each medication) | |
|---|---|

Admit to: Kindred Healthcare Lafayette

Orders Received by: _____  Admission Date: 10/16/12

☐ I certify that post-hospital SNF services are required to be given on an in-patient basis because of the resident's need for skilled nursing or rehab care on a continuing basis for the condition(s) which required an in-patient hospital admission prior to transfer to the SNF.

Resident is: ☐ Capable ☐ Incapable of making his/her own decisions

Source: ☐ Telephone ☐ Verbal ☑ Written ☐ Transfer Form

May Substitute a generic equivalent for all general or non-legend medications: ☐ Yes ☐ No

Resident has been informed of current health status: ☐ Yes ☐ No  If No, Why?_____

☐ If omeprazole PO caplets are ordered, substitute with over-the-counter (OTC) medication omeprazole OTC tablets. Except Kentucky and Indiana, have the pharmacy send Prilosec OTC.

| Diet Order | Texture | Liquids |
|---|---|---|
| ☐ Regular | ☑ Regular | ☑ Regular ☐ Nectar Thick |
| ☑ No Added Salt | ☐ Mechanical Soft | ☐ Honey Thick |
| ☐ Limited Concentrated Sweets | ☐ Dysphagia Mechanical | ☐ Pudding/Spoon Thick |
| ☐ NPO ☐ Heart Healthy | ☐ Puree | |
| ☐ Other: | ☐ Other: | |

☐ May omit diet restrictions, except for texture and liquid modifications, on special occasion. Supplement Order: _____

☐ If Vancocin Pulvules (Vancomycin) PO are ordered, change order to vancomycin slurry.

IV, Enteral, TPN/PPN orders – Complete the appropriate form applicable – ☐ Enteral ☐ Infusion Therapy Orders
☐ Parenteral Nutrition Orders

Hypoglycemic Treatment Order, if applicable:

Follow Center Protocol:
☐ Able to take PO: provide oral carbohydrates according to 15/15 rule; repeat in 15 min PRN. Give additional snack if more than 1 hour to next meal.
☐ Unable to take PO: give 1mg of glucagon IM – max IM/IV dose 1 mg – repeat in 20 minutes, may utilize medication from Medication E-kit supplies; call physician.
☐ If patient fails to respond to treatments above, give 1 ampoule (50 ml) 50% Dextrose IV; may utilize medication from Medication E-kit supplies; call the physician.
☐ Check blood glucose every 15 minutes, until blood sugar is over 70 mg/dl.

Custom Order: _____

Therapy Evaluation & Treatment: ☑ Physical ☑ Occupational ☑ SLP ☐ Respiratory Rehab Potential: _____
☐ Dentist ☐ Podiatrist ☐ Ophthalmologist ☐ Mental Health  Reason: _____
PPD: ☐ Yes ☐ No   Chest X-ray: ☐ Yes ☐ No   Annual Flu Vaccine: ☐ Yes ☐ No   Pneumococcal Vaccine: ☐ Yes ☐ No
May go out on Pass: ☐ Yes ☐ No   ☐ With Medication ☐ Without Medication ☐ With Supervision ☐ Without Supervision
May have alcoholic beverages: ☐ Yes ☐ No   Discharge Potential: ☐ Within 30 days ☐ Within 31-90 days ☐ Discharge Status Uncertain
Labs/Diagnostics: _____

Unless otherwise indicated, continue order(s) for 30 days, then first 90 days, and 60 days thereafter.

Nurse's Signature: _____  Date: 10/16/12
*Physician's Signature: Dr. Goza / Thao, MD  Date: 10/16/12
Orders Verified & Noted by: _____  Date: 10/16/12

*May only be signed by the MD or DO

### Medications (left column)

2 step PPD to R/O TB

Assess for pain on 0-10 pain scale every shift — 7-3 scale / 3-11 scale / 11-7 scale

Sinemet 10mg/100mg one tablet by mouth four times daily for Parkinsons disease — 9AM / 1PM / 5PM / 9PM

Aricept 10mg one tablet by mouth once daily for dementia — 9PM

Finasteride 5mg one tablet by mouth once daily for BPH — 9AM

Folic acid 1mg one tablet by mouth once daily for anemia — 9AM

Lasix 20mg one tablet by mouth once daily for Afib — 9AM

| INSTRUCTIONS (SEE REVERSE SIDE) | HOUR |
|---|---|

CHARTING FROM: _____ THRU: _____

| DIAGNOSIS | ALLERGIES | NURSE'S ALERT |
|---|---|---|
| Parkinsons Disease, HTN, Afib hypothyroidism, dementia ©hip hemiarthroplasty, CA to skin | P.N. Cipro, Bactrim, sulfa Clindamycin | |

PHYSICIAN MD Goza   TELEPHONE NO.   ALT. PHYS.   ALT. TELEPHONE

| RESIDENT NAME | MED REC NO. | NURSE STA | ROOM/BED | FACILITY | PAGE |
|---|---|---|---|---|---|
| Coker Robert | | | 501 A | Kindred Healthcare Lafayette | 1 |

FKH62005-01  (Rev. 3/12)  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

ADMISSION ORDERS RECORD

# ADMISSION ORDERS RECORD CONTINUATION

| Orders | Hour | |
|---|---|---|
| Synthroid 50 mcg one tablet by mouth once daily for hypothyroidism | 6 AM | |
| Namenda 5mg one tablet by mouth twice daily for alzheimer's disease | 9 AM / 5 PM | |
| Protonix enteric coated 40mg one tablet by mouth once daily for GERDs | 10 AM | |
| KCL ER 10meq one capsule by mouth once daily for supplement | 9 AM | |
| Flomax 0.4mg one tablet by mouth once daily for BPH | 9 AM | |
| Cystane 4 drop to both eyes four times daily for dry eyes | 9 AM / 1 PM / 5 PM / 9 PM | |
| Lopressor 25 mg one tablet by mouth twice daily for HTN (hold for syst <110 ; pulse <60) | 9 AM / B/P / Pulse / 5 PM / B/P / Pulse | |

Unless otherwise indicated, continue order(s) for 30 days for the first 90 days, and 60 days thereafter

Nurse's Signature: _____ Date: _____

*Physician's Signature: _____ Date: _____

Orders Verified & Noted by: _____ Date: _____

| INSTRUCTIONS (SEE REVERSE SIDE) | HOUR | | |
|---|---|---|---|
| CHARTING FROM: | THRU: | *May only be signed by the MD or DO | |

| DIAGNOSIS | ALLERGIES | NURSE'S ALERT |
|---|---|---|
| Parkinsons Disease, HTN, Afib hypothyroidism, dementia, Rhip hemiarthroplasty CA to skin | PCN, Cipro, Bactrim, sulfa clindamycin | |

| PHYSICIAN MD Gora | TELEPHONE NO. | | ALT. PHYS. | | ALT. TELEPHONE | |
|---|---|---|---|---|---|---|
| RESIDENT NAME Coker, Robert | MED REC NO. | NURSE STA | ROOM/BED 301 A | FACILITY Kindred Healthcare Lafayette | | PAGE 2 |

FKH62005-02 (3/07)  BRIGGS, Des Moines, IA 50306 (800) 247-2343  PRINTED IN U.S.A.

ADMISSION ORDERS RECORD CONTINUATION

# ADMISSION ORDERS RECORD CONTINUATION

| Order | Hour | |
|---|---|---|
| Coumadin 7.5mg one tablet by mouth daily for Afib | 5 PM | |
| Lovenox 100mg injection SQ twice daily prophylactic x 7 days | 9AM | Hold till clarified 10/16/12 |
| | 5PM | |
| Fragmin 18,000 units injection SQ daily prophylactic x 7 days | 9AM | Hold for clarification 10/16/12 |
| Call Dr. Bradshaw for clarification of Lovenox order and Fragmin order for this Afib | T-3 T-3 | |
| Tylenol 650mg PO Q4hrs prn pain | PRN | |
| Percocet 5/325mg one tablet by mouth every 6hrs as needed for mild pain | | |
| Percocet 5/325mg two tablets by mouth every 6hrs as needed for severe pain | | |

Unless otherwise indicated, continue order(s) for 90 days for the first 90 days, and 60 days thereafter

Nurse's Signature: _____ Date: 10/16/12

*Physician's Signature: _____ Date: 10/18/12

Orders Verified & Noted by: _____ Date: 10/16/12

*May only be signed by the MD or DO

| INSTRUCTIONS (SEE REVERSE SIDE) | HOUR | CHARTING FROM: | THRU: |
|---|---|---|---|

| DIAGNOSIS | ALLERGIES | NURSE'S ALERT |
|---|---|---|
| Parkinson's Disease, HTN, Afib, hypothyroidism, dementia (?), hip hemiarthroplasty CA to skin | PCN, Cipro, Bactrim, sulfa, Clindamycin | |

| PHYSICIAN | MD Goza | TELEPHONE NO. | | ALT. PHYS. | | ALT. TELEPHONE | |
|---|---|---|---|---|---|---|---|
| RESIDENT NAME Coker Robert | | MED REC NO. | NURSE STA | ROOM/BED 501 A | FACILITY Kindred Healthcare Lafayette | PAGE 3 |

FKH62005-02 (3/07)   BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

ADMISSION ORDERS RECORD CONTINUATION

# ADMISSION ORDERS RECORD CONTINUATION

Oxycodone 5mg PO 1-2
tabs Q 10 Hrs PRN pain

Unless otherwise indicated, continue order(s) for 90 days for the first 90 days, and 60 days thereafter

Nurse's Signature: _____  Date: 10/16/12

*Physician's Signature: _____  Date: 10-18-12

Orders Verified & Noted by: _____ LPN  Date: 10/18/12

| INSTRUCTIONS | | HOUR | | | |
|---|---|---|---|---|---|
| (SEE REVERSE SIDE) | CHARTING FROM: | | THRU: | *May only be signed by the MD or DO | |
| DIAGNOSIS | | | ALLERGIES | | NURSE'S ALERT |
| Left Hip Fx. | | | See 1st page. | | |

| PHYSICIAN | TELEPHONE NO. | ALT. PHYS. | ALT. TELEPHONE |
|---|---|---|---|
| Coker, Robert | MED REC NO. | NURSE STA | ROOM/BED | FACILITY | PAGE |

RESIDENT NAME

FKH62005-02 (3/07) BRIGGS, Des Moines, IA 50306 (800) 247-2343 PRINTED IN U.S.A.

ADMISSION ORDERS RECORD CONTINUATION

# PIEDMONT FAYETTE HOSPITAL

**Discharge Medication Report**

*OK/∅*

**COKER, ROBERT**
Attending Physician
Bradshaw, Mark R.

| | |
|---|---|
| F-4 South-455-01 | Age: 85  Male |
| **Admit** | **MRN** | **Visit** |
| 10/7/12  8:49 am | 800077790 | 1228100013 |

Generic | Dose

## Home Medications to Continue

| Generic | Brand | Dose | Frequency | Route | Instructions |
|---|---|---|---|---|---|
| *carbidopa-levodopa tablet 10 mg-100 mg | Sinemet | 1 tab(s) | 4 times a day | oral | |
| *donepezil tablet | | 10 mg | once a day (at bedtime) | oral | |
| *finasteride tablet | | 5 mg | once a day | oral | |
| *folic acid tablet | | 1 mg | once a day | oral | |
| *furosemide tablet | | 20 mg | once a day | oral | |
| *levothyroxine tablet | Levothroid | 50 mcg | once a day | oral | |
| *memantine tablet | Namenda | 5 mg | 2 times a day | oral | |
| *mupirocin topical cream | | 1 app | 3 times a day | applied topically | for 10days surgery 10/5/12 |
| *ocular lubricant solution | Systane | 1 gtt | 4 times a day | ophthalmic | |
| *pantoprazole enteric coated tablet | | 40 mg | once a day | oral | |
| *potassium chloride capsule, extended release | | 10 mEq | once a day | oral | |
| *tamsulosin capsule | | 0.4 mg | once a day | oral | |

*Protime in house*

## New Home Medications

*10-17-12*

| Generic | Brand | Dose | Frequency | Route | Instructions |
|---|---|---|---|---|---|
| *Acetaminophen-OxycoDON E tablet | | 1 tablet(s) | every 6 hours | orally | As Needed For Pain - Moderate |
| *MetoPROLOL tartrate tablet | | 25 mg | 2 times a day | orally | |
| *Warfarin tablet | | 7.5 mg | once a day | orally | |

*tylenol 650 x ‡ PO q 6h prn pain*
*Oxycodone 5 x 1-2 PO q 6h*
*for pain not relieved by tylenol*

MRR Reconciled By Physician

Mark R. Bradshaw, MD

# PIEDMONT FAYETTE HOSPITAL

10/16/2012

3:38:58PM

**Discharge Medication Report**

COKER, ROBERT

**Attending Physician**

Bradshaw, Mark R.

F-4 South-455-01

**Admit**

10/7/12   8:49 am

Age:   85   Male

**MRN**

800077790

**Visit**

1228100013

| Generic | Dose | | |
|---|---|---|---|
| *Warfarin tablet | 7.5 mg | once a day | orally |

Follow-up with your Prescribing Physician on all home medications

MRR Reconciled By Physician

Mark R. Bradshaw, MD

Page 2 of 2

# PHYSICIAN'S PROGRESS NOTES

| DATE | TIME | NOTES MUST BE SIGNED BY PHYSICIAN |
|------|------|-----------------------------------|
| 10-18-12 | | Internal Medicine — Family about |
| | | S) Mr. Cohen is seen in for for congestion |
| | | + somnolence. O₂ sats ↓ today requiring |
| | | 3L O₂ supplement |
| | | O) 124/76    98    78    20 |
| | | temp @ time of exam 102 |
| | | O₂ sat on 3L 91% |
| | | elderly ♂ who arouses somnolent |
| | | upper airway congestion present — |
| | | RT present to suction patient |
| | | CXR ⊖ for infiltrate |
| | | hip incision — most erythema resolved — |
| | | no drainage |
| | | A) hip fx |
| | | fever |
| | | P) VA/C+S |
| | | Begin azactam + flagyl |
| | | IVF |
| | | Case discussed i son who requests DNR |
| | | status |
| | | [signature] |

NAME—Last  Cohen   First  Robert   Middle   Attending Physician   Record No.

CFS9-1HH  © 1992 Briggs Corporation, Des Moines, IA 50306  (800) 247-2343  www.BriggsCorp.com
R500   PRINTED IN U.S.A.

PHYSICIAN'S PRO



PointClickCare

Home | Admin | Clinical

Welcome Pamela Mosely | Logout | Help | Today is October 26, 2012

Kindred Transitional Care and Rehabilitation-Lafayette - 1228

Quick ADT | New Patient | New Medical Professional | Manage Users

- Patients
- Dashboard
- Quick Entry
- Weights and Vitals
- MDS 2.0 and 3.0 Mgmt
- UDA
- Communications
- Reports
- Setup
- Logout
- Help
- Resource Center / Support

**Patient Search**

by: Last Name [Go]

Search all Facilities

Coker, Robert (123966) edit photo | Status: Discharged

Unit/Room/Bed: -

Birth Date: 6/16/1927

Gender: Male

Initial Admission Date (MDS): 10/16/2012

Admission (Re-entry): 10/16/2012

Discharge Date: 10/19/2012

Enterprise ID: 24065

Allergies: PCN,CIPRO,BACTRIM,SULFA,CLINDAMYCIN edit

Navigate Patient List

Previous | Next

19 of 36

Jump to: Admin

Dash | Profile | Census | Med Diag | Immun | Wts/Vitals | MDS | Assmnts | Prog Note | Care Plan | Tasks

**Immunizations** New | Immunization Report

| | Immunization | Date | Status | Administered By |
|---|---|---|---|---|
| edit del step2 | TB 2 Step Mantoux Skin Test (Step 1) | 10/16/2012 | Results Pending | Jennifer Smith-Franklin |

PointClickCare Version 3.6.1.0.5 - KIND-040009-040009

*Copyright 2000 Wescom Solutions Inc. All rights reserved.*

Resident  Coker, Robert                                      Identifier  123965           Date  Oct 16, 2012

# MINIMUM DATA SET (MDS) – Version 3.0
## RESIDENT ASSESSMENT AND CARE SCREENING
### *Nursing Home and Swing Bed Tracking (NT/ST) Item Set*

| Section A | Identification Information |
|---|---|

**A0050. Type of Record**

Enter Code [ 1 ]
1. **Add new record** → Continue to A0100, Facility Provider Numbers
2. **Modify existing record** → Continue to A0100, Facility Provider Numbers
3. **Inactivate existing record** → Skip to X0150, Type of Provider

**A0100. Facility Provider Numbers**

A. National Provider Identifier (NPI):

| 1 | 7 | 4 | 0 | 3 | 6 | 8 | 6 | 1 | 2 |
|---|---|---|---|---|---|---|---|---|---|

B. CMS Certification Number (CCN):

| 1 | 1 | 5 | 3 | 6 | 0 | | | | |
|---|---|---|---|---|---|---|---|---|---|

C. State Provider Number:

| 0 | 0 | 3 | 9 | 9 | 7 | 3 | 7 | A | | |
|---|---|---|---|---|---|---|---|---|---|---|

**A0200. Type of Provider**

Enter Code [ 1 ]
Type of provider
1. **Nursing home** (SNF/NF)
2. **Swing Bed**

**A0310. Type of Assessment**

Enter Code [ 9 ][ 9 ]
A. **Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to **prior comprehensive** assessment
06. **Significant correction** to **prior quarterly** assessment
99. **None of the above**

Enter Code [ 9 ][ 9 ]
B. **PPS Assessment**
<u>PPS Scheduled Assessments for a Medicare Part A Stay</u>
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
06. **Readmission/return** assessment
<u>PPS Unscheduled Assessments for a Medicare Part A Stay</u>
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
<u>Not PPS Assessment</u>
99. **None of the above**

Enter Code [ 0 ]
C. **PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

Enter Code [ ]
D. **Is this a Swing Bed clinical change assessment?**  Complete only if A0200 = 2
0. **No**
1. **Yes**

**A0310 continued on next page**

Resident  Coker, Robert                    Identifier  123965            Date  Oct 16, 2012

## Section A            Identification Information

### A0310. Type of Assessment - Continued

| Enter Code | **E.** Is this assessment the first assessment (OBRA, Scheduled PPS, or Discharge) since the most recent admission/entry or reentry? |
|---|---|
| `0` | 0. **No**<br>1. **Yes** |

| Enter Code | **F.** Entry/discharge reporting |
|---|---|
| `0` `1` | 01. **Entry** tracking record<br>10. **Discharge assessment-return not anticipated**<br>11. **Discharge assessment-return anticipated**<br>12. **Death in facility** tracking record<br>99. **None of the above** |

| Enter Code | **G.** Type of discharge - Complete only if A0310F = 10 or 11 |
|---|---|
| | 1. **Planned**<br>2. **Unplanned** |

### A0410. Submission Requirement

| Enter Code | |
|---|---|
| `3` | 1. **Neither federal nor state required submission**<br>2. **State but not federal required submission** (FOR NURSING HOMES ONLY)<br>3. **Federal required submission** |

### A0500. Legal Name of Resident

**A.** First name:

`R` `o` `b` `e` `r` `t` ` ` ` ` ` `

**B.** Middle initial:

**C.** Last name:

`C` `o` `k` `e` `r` ` ` ` ` ` ` ` ` ` ` ` ` ` ` ` `

**D.** Suffix:

### A0600. Social Security and Medicare Numbers

**A.** Social Security Number:

`2` `5` `3` – `3` `4` – `8` `5` `3` `2`

**B.** Medicare number (or comparable railroad insurance number):

`2` `5` `3` `3` `4` `8` `5` `3` `2` `A`

### A0700. Medicaid Number - Enter "+" if pending, "N" if not a Medicaid recipient

### A0800. Gender

| Enter Code | |
|---|---|
| `2` | 1. **Male**<br>2. **Female** |

### A0900. Birth Date

`0` `6` – `1` `6` – `1` `9` `2` `7`
Month    Day      Year

### A1000. Race/Ethnicity

↓ Check all that apply

| | |
|---|---|
| ☐ | **A.** American Indian or Alaska Native |
| ☐ | **B.** Asian |
| ☐ | **C.** Black or African American |
| ☐ | **D.** Hispanic or Latino |
| ☐ | **E.** Native Hawaiian or Other Pacific Islander |
| ☐ | **F.** White |

MDS 3.0 Tracking (NT/ST) Version 1.10.4  Effective 04/01/2012

Resident   Coker, Robert                              Identifier  123965                   Date  Oct 16, 2012

| Section A | Identification Information |
|---|---|

**A1200. Marital Status**

Enter Code
[ - ]
1. **Never married**
2. **Married**
3. **Widowed**
4. **Separated**
5. **Divorced**

**A1300. Optional Resident Items**

A. Medical record number:

| 1 | 2 | 3 | 9 | 6 | 5 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

B. Room number:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

C. Name by which resident prefers to be addressed:

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

D. Lifetime occupation(s) - put "/" between two occupations:

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**A1600. Entry Date (date of this admission/entry or reentry into the facility)**

| 1 | 0 | – | 1 | 6 | – | 2 | 0 | 1 | 2 |
|---|---|---|---|---|---|---|---|---|---|
| Month | | | Day | | | Year | | | |

**A1700. Type of Entry**

Enter Code
[ 1 ]
1. **Admission**
2. **Reentry**

**A1800. Entered From**

Enter Code
[ 0 ][ 3 ]
01. **Community** (private home/apt., board/care, assisted living, group home)
02. **Another nursing home or swing bed**
03. **Acute hospital**
04. **Psychiatric hospital**
05. **Inpatient rehabilitation facility**
06. **ID/DD facility**
07. **Hospice**
09. **Long Term Care Hospital (LTCH)**
99. **Other**

**A2000. Discharge Date**
Complete only if A0310F = 10, 11, or 12

| | | – | | | – | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Month | | | Day | | | Year | | | |

**A2100. Discharge Status**
Complete only if A0310F = 10, 11, or 12

Enter Code
[ ][ ]
01. **Community** (private home/apt., board/care, assisted living, group home)
02. **Another nursing home or swing bed**
03. **Acute hospital**
04. **Psychiatric hospital**
05. **Inpatient rehabilitation facility**
06. **ID/DD facility**
07. **Hospice**
08. **Deceased**
09. **Long Term Care Hospital (LTCH)**
99. **Other**

MDS 3.0 Tracking (NT/ST) Version 1.10.4  Effective 04/01/2012

Resident   Coker, Robert                          Identifier  123965          Date  Oct 16, 2012

| Section A | Identification Information |
|---|---|

**A2400. Medicare Stay**

<table>
<tr>
<td rowspan="4">Enter Code<br><br>[ 1 ]</td>
<td><b>A. Has the resident had a Medicare-covered stay since the most recent entry?</b></td>
</tr>
<tr>
<td>0.  <b>No</b> → Skip to Section X, Correction Request<br>1.  <b>Yes</b> → Continue to A2400B, Start date of most recent Medicare stay</td>
</tr>
<tr>
<td><b>B. Start date of most recent Medicare stay:</b><br><br>  [ 1 ][ 0 ] – [ 1 ][ 6 ] – [ 2 ][ 0 ][ 1 ][ 2 ]<br>    Month     Day         Year</td>
</tr>
<tr>
<td><b>C. End date of most recent Medicare stay</b> - Enter dashes if stay is ongoing:<br><br>  [ - ][ - ] – [ - ][ - ] – [ - ][ - ][ - ][ - ]<br>    Month     Day         Year</td>
</tr>
</table>

| **Section X** | **Correction Request** |
|---|---|

**Complete Section X only if A0050 = 2 or 3**

**Identification of Record to be Modified/Inactivated** - The following items identify the existing assessment record that is in error. In this section, reproduce the information EXACTLY as it appeared on the existing erroneous record, even if the information is incorrect. This information is necessary to locate the existing record in the National MDS Database.

**X0150. Type of Provider**

Enter Code [ ]

Type of provider
1. Nursing home (SNF/NF)
2. Swing Bed

**X0200. Name of Resident** on existing record to be modified/inactivated

A. First name:
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

C. Last name:
[ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**X0300. Gender** on existing record to be modified/inactivated

Enter Code [ ]

1. Male
2. Female

**X0400. Birth Date** on existing record to be modified/inactivated

[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month      Day      Year

**X0500. Social Security Number** on existing record to be modified/inactivated

[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

**X0600. Type of Assessment** on existing record to be modified/inactivated

Enter Code [ ]

A. Federal OBRA Reason for Assessment
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction** to prior comprehensive assessment
06. **Significant correction** to prior quarterly assessment
99. **None of the above**

Enter Code [ ]

B. PPS Assessment
PPS Scheduled Assessments for a Medicare Part A Stay
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
06. **Readmission/return** assessment
PPS Unscheduled Assessments for a Medicare Part A Stay
07. **Unscheduled assessment** used for PPS (OMRA, significant or clinical change, or significant correction assessment)
Not PPS Assessment
99. **None of the above**

Enter Code [ ]

C. PPS Other Medicare Required Assessment - OMRA
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

| X0600 continued on next page |
|---|

| Section X | Correction Request |
|---|---|

**X0600. Type of Assessment - Continued**

Enter Code [ ] **D. Is this a Swing Bed clinical change assessment?** Complete only if X0150 = 2
  0. **No**
  1. **Yes**

Enter Code [ ] **F. Entry/discharge reporting**
  01. **Entry** tracking record
  10. **Discharge** assessment-return not anticipated
  11. **Discharge** assessment-**return anticipated**
  12. **Death in facility** tracking record
  99. **None of the above**

**X0700. Date on existing record to be modified/inactivated - Complete one only**

**A. Assessment Reference Date** - Complete only if X0600F = 99
[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month        Day        Year

**B. Discharge Date** - Complete only if X0600F = 10, 11, or 12
[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month        Day        Year

**C. Entry Date** - Complete only if X0600F = 01
[ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Month        Day        Year

**Correction Attestation Section** - Complete this section to explain and attest to the modification/inactivation request

**X0800. Correction Number**

Enter Number [ ] **Enter the number of correction requests to modify/inactivate the existing record, including the present one**

**X0900. Reasons for Modification** - Complete only if Type of Record is to modify a record in error (A0050 = 2)

↓ Check all that apply

| | |
|---|---|
| [ ] | A. Transcription error |
| [ ] | B. Data entry error |
| [ ] | C. Software product error |
| [ ] | D. Item coding error |
| [ ] | E. End of Therapy - Resumption (EOT-R) date |
| [ ] | Z. Other error requiring modification
If "Other" checked, please specify: |

**X1050. Reasons for Inactivation** - Complete only if Type of Record is to inactivate a record in error (A0050 = 3)

↓ Check all that apply

| | |
|---|---|
| [ ] | A. Event did not occur |
| [ ] | Z. Other error requiring inactivation
If "Other" checked, please specify: |

| Section X | Correction Request |
|---|---|

**X1100. RN Assessment Coordinator Attestation of Completion**

A. Attesting individual's first name:

B. Attesting individual's last name:

C. Attesting individual's title:

D. Signature

E. Attestation date

|     | – |     | – |     |
|---|---|---|---|---|
| Month |  | Day |  | Year |

Resident **Coker, Robert**     Identifier **T23965**     Date **Oct 16, 2012**

| Section Z | Assessment Administration |
|---|---|

**Z0400. Signature of Persons Completing the Assessment or Entry/Death Reporting**

I certify that the accompanying information accurately reflects resident assessment information for this resident and that I collected or coordinated collection of this information on the dates specified. To the best of my knowledge, this information was collected in accordance with applicable Medicare and Medicaid requirements. I understand that this information is used as a basis for ensuring that residents receive appropriate and quality care, and as a basis for payment from federal funds. I further understand that payment of such federal funds and continued participation in the government-funded health care programs is conditioned on the accuracy and truthfulness of this information, and that I may be personally subject to or may subject my organization to substantial criminal, civil, and/or administrative penalties for submitting false information. I also certify that I am authorized to submit this information by this facility on its behalf.

| | Signature | Title | Sections | Date Section Completed |
|---|---|---|---|---|
| A. | Melinda Bray [ESOF] | LPN, RAC-CT | A | 10-22-2012 |
| B. | | | | |
| C. | | | | |

**Legal Notice Regarding MDS 3.0** - Copyright 2011 United States of America and InterRAI. This work may be freely used and distributed solely within the United States. Portions of the MDS 3.0 are under separate copyright protections; Pfizer Inc. holds the copyright for the PHQ-9 and the Annals of Internal Medicine holds the copyright for the CAM. Both Pfizer Inc. and the Annals of Internal Medicine have granted permission to freely use these instruments in association with the MDS 3.0.

Patient Name: Coker, Robert
Location: 1-5 501 A
Gender: M
Allergies: PCN,CIPRO,BACTRIM,SULFA,CLINDAMYCIN
Diagnosis: NA
Title: Medical Nutrition
Therapy Assessment
(Version 3.0)

Patient Number: 128968
Admission Date: 10/16/2012
Physician: WENDY, GOZA

Effective Date: 10/19/2012 14:40
Date of Birth: 6/16/1927

| A. | Type of Assessment | A1. Type of Assessment |
|---|---|---|
| | | **0) Admission** |
| | | 1) Annual |
| | | 2) Change Of Condition |
| | | A2. Enter most recent Malnutrition Screening Tool score from Patient Nursing Evaluation |
| | | 5 |
| | | A3. Based on the score, choose the malnutrition risk category (score of 2 or more = risk for malnutrition) |
| | | ○ 1. No risk for malnutrition |
| | | ◉ 2. Risk for malnutrition |

| B. | Food/Nutrition Related History | Diet order: Check all that apply: |
|---|---|---|
| | | 1. ☐ Regular |
| | | 2. ☑ No Added Salt (NAS) |
| | | 3. ☐ Limited Concentrated Sweets |
| | | 4. ☐ Heart Healthy |
| | | 5. ☐ 80 gm Protein, 3 gm K+, 2-3 gm Na+ |
| | | 6. ☐ 1500 Calorie |
| | | 7. ☐ 1800 Calorie |
| | | 8. ☐ Gluten Free |
| | | 9. ☐ Enteral Nutrition: If checked complete section H (Enteral Nutrition Orders) of this assessment. |
| | | 10. ☐ Parenteral Nutrition: If checked, refer to Parenteral Nutrition Worksheet for nutrient calculations. |
| | | 11. ☐ NPO |
| | | 12. ☐ Other |
| | | 12a. Other (specify) |

| C. | Food/Nutrition Related History | 1. Food Consistency/Texture |
|---|---|---|
| | | 0) No alteration in texture |
| | | 1) Mechanical soft |
| | | 2) Dysphagia mechanical |
| | | **3) Pureed** |
| | | 4) Finger food mechanical soft |
| | | 5) Finger food |
| | | 6) Other |
| | | 1a. If other food consistency/texture (specify) |
| | | |
| | | 2. Liquid Consistency |
| | | **0) No restrictions** |
| | | 1) Nectar thick |
| | | 2) Honey thick |
| | | 3) Spoon/pudding thick |
| | | 3. Portion size |

| C. | Food/Nutrition Related History | |
|---|---|---|
| | | **0) Standard** |
| | | 1) Small |
| | | 2) Large |
| | | 3) Other |
| | **3a.** | If other portion size (specify) |
| | | [                    ] |
| | **4.** | Fluid restriction |
| | | **0) No restriction** |
| | | 1) 1000 ml |
| | | 2) 1500 ml |
| | | 3) 1800 ml |
| | | 4) 2000 ml |
| | | 5) Other |
| | **4a.** | If other fluid restriction (specify) |
| | | [                    ] |
| | **5.** | Does patient receive medical food supplements? |
| | | ⦿ 0. No |
| | | ○ 1. Yes |

**C1. Medical Food Supplement #1**

| | | |
|---|---|---|
| **C1a.** | Choose which applies |
| | 1) 1.5 cal/ml |
| | 2) 2.0 cal/ml |
| | 3) Fortified shake |
| | 4) Fortified shake, honey consistency |
| | 5) Fortified juice drink |
| | 6) Nepro |
| | 7) Suplena |
| | 8) Protein modular |
| | 9) Arginine supplement powder |
| | 10) Fortified cookie |
| | 11) Fortified Pudding |
| | 12) Other |
| **C1b.** | Other (specify) |

**Frequency**

| | | |
|---|---|---|
| **C1c.** | Choose which applies: |
| | 1) One time per day |
| | 2) Two times per day |
| | 3) Three times per day |
| | 4) Four times per day |
| | 5) Five times per day |
| | 6) Six times per day |
| | 7) Other |
| **C1d.** | If other frequency: (specify) |
| | [                    ] |

**Additional information, if applicable (e.g., brand name, amount, serving times)**

**C1e.**

**C2. Medical Food Supplement #2**

**C2a.**

| C. | Food/Nutrition Related History | | |
|---|---|---|---|

1) 1.5 cal/ml
2) 2.0 cal/ml
3) Fortified shake
4) Fortified shake, honey consistency
5) Fortified juice drink
6) Nepro
7) Suplena
8) Protein modular
9) Arginine supplement powder
10) Fortified cookie
11) Fortified Pudding
12) Other

C2b.      Other (specify)

**Frequency**

C2c.      Choose which applies:

1) One time per day
2) Two times per day
3) Three times per day
4) Four times per day
5) Five times per day
6) Six times per day
7) Other

C2d.      If other frequency (specify)

**Additional information, if applicable (e.g., brand name, amount, serving times)**

C2e.

**C3. Medical Food Supplement #3**

C3a.

1) 1.5 cal/ml
2) 2.0 cal/ml
3) Fortified shake
4) Fortified shake, honey consistency
5) Fortified juice drink
6) Nepro
7) Suplena
8) Protein modular
9) Arginine supplement powder
10) Fortified cookie
11) Fortified Pudding
12) Other

C3b.      Other (specify)

**Frequency**

| C. | Food/Nutrition Related History | C3c. | Choose which applies: |
|---|---|---|---|

1) One time per day
2) Two times per day
3) Three times per day
4) Four times per day
5) Five times per day
6) Six times per day
7) Other

C3d.    If other frequency (specify)

**Additional information, if applicable (e.g., brand name, amount, serving times)**
C3e.

**Snacks: In addition to general snacks, does the patient have an individualized snack schedule?**
C4.

    ◉ 0. No

    ○ 1. Yes

C4a.    If yes describe:

C5.    Average Food/Beverage Intake:

    ◉ 0. Averaging 50% or less in past 7 days

    ○ 1. Averaging more than 50% in past 7 days

    ○ 2. Not applicable

C6.    Average Medical Food Supplement Intake

    ○ 0. Averaging 50% or less in past 7 days

    ○ 1. Averaging more than 50% in past 7 days

    ◉ 2. Not applicable

| CC. | Food/Nutrition Related History | C2. **Food Allergies: Choose all that apply** |
|---|---|---|

2A.  ☑ NKFA

2B.  ☐ Shellfish

2C.  ☐ Eggs

2D.  ☐ Milk

2E.  ☐ Peanuts

2F.  ☐ Soy

2G.  ☐ Tree Nuts

2H.  ☐ Wheat

2I.  ☐ Other

2ia.  Other (specify)

C3. **Food Intolerance: Choose all that apply**

3A.  ☑ NKFI

3B.  ☐ Lactose

3C.  ☐ Caffeine

3D.  ☐ Other

3E.  Other (specify)

Case 1:14-cv-03672-AT   Document 1-5   Filed 11/14/14   Page 76 of 119

| CC. | Food/Nutrition Related History | |
|---|---|---|

**C5.** Religious/Cultural/Ethnic Food Preferences (list)

**C6.** Avoidance of one or more food groups (list)

no

**C7.** Food preferences on record
- ○ 0. No
- ◉ 1. Yes
- ○ 2. Not applicable

**C8. Other diet history information:**

Per patient's son, patient ate well PTA while in hospital, hx of good p.o. intake, no wt loss.

**C9. Relevant medications and herbal supplements :**

IVF's, IV Abt, Coumadin, Lactobacillus, Lasix, Sinemet, Folic Acid, Protonix, KCl, Synthroid, others noted

| D. | Nutrition-Focused Physical Findings | |
|---|---|---|

**Skin**

**1A.** Pressure Ulcer Risk, most recent date of completion by nursing.

10/16/2012

**1B.** Risk level (per nursing assessment)
0) Braden-Not at Risk (19-23)
1) Braden-At Risk (15-18)
2) Braden-Moderate Risk (13-14)
3) **Braden-High Risk (10-12)**
4) Braden-Very High Risk (0-9)
5) Norton-Low Risk (16-20)
6) Norton-Moderate Risk (11-15)
7) Norton-High Risk (-3-10)

**1E.** Are there any Pressure Ulcers/Wounds/Skin Problems
- ◉ 0. No
- ○ 1. Yes

**1F.** If Yes: List Skin Concerns

**Oral Health-Check all that apply-obtain information from the most recent nursing assessment**

**2A.** ☑ Oral mucosa moist, pink, without lesions or ulcerations, good oral hygiene

**2B.** ☐ Oral Discomfort/Pain

**2C.** ☐ Caries/Decay

**2D.** ☐ Candida

**2E.** ☐ Inflamed/Bleeding gums

**2F.** ☐ Ulcers/Lesions

**2G.** ☐ Missing Teeth

**2H.** ☐ Edentulous/No natural teeth/Tooth fragments

**2Ha.** ☐ No oral health issues

**2I.** Does patient have partial dentures?
- ○ 0. No
- ◉ 1. Yes

**2Ia.** Does patient have full dentures?
- ◉ 0. No
- ○ 1. Yes

**2J. Are there any concerns with dentures; Choose below.**

**2J1.** ☐ Fit

**2J2.** ☑ Loose/ill fitting

**2J3.** ☐ Broken/chipped

| D. | Nutrition–Focused Physical Findings | 2J4. | ☐ No concerns |

**Swallowing Disorder**

K0100.Does the patient have signs and symptoms of a possible swallowing disorder. If yes-choose all that apply: *2N1 through 2N4 below are MDS question K0100A, K0100B, KO100C, K0100D*

    ○ 0. No
    ◉ 1. Yes

2N1. ☐ Loss of liquids/solids from mouth when eating or drinking

2N2. ☐ Holding food in mouth/cheeks or residual food in mouth after meals

2N3. ☐ Coughing or choking during meals or when swallowing medications

2N4. ☑ Complaints of difficulty or pain when swallowing

2N6. Other oral/mouth problem
    ◉ 0. No  ○ 1. Yes

2N7. If other (specify)

**Ambulation (check all that apply)-obtain information from the most recent nursing assessment**

3A. ☐ Ambulatory

3B. ☐ Walker/cane/crutch

3C. ☐ Wheelchair

3D. ☐ Paces/wanders

3E. ☑ Chair/bedfast

3F. ☐ Scooter

**Dining Skills. Choose highest level of dependence. Obtain information from the most recent nursing assessment.**

4A. ☐ Independent

4B. ☐ Supervision

4C. ☐ Limited Assist

4D. ☐ Extensive Assist

4E. ☑ Total Dependence

4F. Adaptive eating equipment
    ◉ 0. No
    ○ 1. Yes

**If yes to adaptive eating equipment, choose all that apply:**

4f1. ☐ Plate guard

4f2. ☐ High sided plate

4f3. ☐ Scoop plate

4f4. ☐ Noseycup

4f5. ☐ 2-handle cup

4f6. ☐ Provale cup

4f7. ☐ Sippy cup

4f8. ☐ Plastic coated utensils

4f9. ☐ Weighted utensils

4f10. ☐ Built-up utensil handles

4f11. ☐ Swivel utensils

4f12. ☐ Elongated utensils

4f13. ☐ Requires a straw

4f14. ☐ Other

4f15. If other (specify)

**D.** | Nutrition-Focused Physical Findings

**Other Nutrition Assessment Data**

6A. ☐ Communication/Comprehension Impairment
61a. Communication/Comprehension Impairment (specify)

61b. ☐ Non-English speaking
61c. If Non-English speaking, specify language.

6B. ☐ Hearing impairment
6Bb. Hearing impairment (specify)

6C. ☐ Vision impairment
6Cc. Vision impairment (specify)

6D. ☐ Amputee
6E. If Amputee specify which limb

6F. ☐ Colostomy
6G. ☐ Constipation
6H. ☐ Diarrhea
6I. ☐ Vomiting
6J. ☐ Fever
6K. ☐ Edema
6L. ☐ Dialysis
6M. Type and frequency of Dialysis

| | | |
|---|---|---|
| **D.** | **Nutrition-Focused Physical Findings** | 6N. ☐ Other<br>6Na. If other (specify) |
| **E.** | **Biochemical Data, Medical Tests, Procedures** | **Enter test date and results of most recent labs listed below:**<br><br>1A. ☑ Sodium mEq/L<br>1B. Date Sodium lab completed:<br>10/17/2012<br>1C. Results of Sodium Lab:<br>144<br>1D. Range of lab<br>   ● 0. Normal  ○ 1. High  ○ 2. Low<br>2A. ☑ Potassium mEq/L<br>2B. Date Potassium lab completed<br>10/17/2012<br>2C. Results of Potassium Lab:<br>4.4<br>2D. Range of lab<br>   ● 0. Normal  ○ 1. High  ○ 2. Low<br>3A. ☑ Blood Glucose mg/dL<br>3B. Date Blood Glucose lab completed:<br>10/17/2012<br>3C. Results of Blood Glucose Lab:<br>86<br>3D. Range of lab<br>   ● 0. Normal  ○ 1. High  ○ 2. Low<br>4A. ☑ BUN mg/dL<br>4B. Date BUN lab completed:<br>10/17/2012<br>4C. Results of BUN Lab:<br>26<br>4D. Range of lab<br>   ○ 0. Normal  ● 1. High  ○ 2. Low<br>8A. ☑ Creatinine mg/dL<br>8B. Date of Creatinine Lab<br>10/17/2012<br>8C. Results of Creatinine Lab<br>1.1<br>8D. Range of Lab<br>   ● 0. Normal  ○ 1. High  ○ 2. Low<br>5A. ☐ Phosphorous mg/dL<br>5B. Date of Phosphorous Lab: |

| E. | Biochemical Data, Medical Tests, Procedures |
|---|---|

**5C.** Results of Phosphorous lab:

**5D.** Range of lab
- ○ 0. Normal ○ 1. High ○ 2. Low

**6A.** ☑ Hemoglobin g/dL

**6B.** Date of Hemoglobin lab:
10/17/2012

**6C.** Results of Hemoglobin lab:
12.8

**6D.** Range of lab
- ○ 0. Normal ○ 1. High ◉ 2. Low

**7A.** ☐ Hematocrit %

**7B.** Date of Hematocrit lab:

**7C.** Results of Hematocrit lab:

**7D.** Range of Lab
- ○ 0. Normal ○ 1. High ○ 2. Low

**9A.** ☐ B12 pg/mL

**9B.** Date of B12

**9C.** Results of B12 lab:

**9D.** Range of Lab
- ○ 0. Normal ○ 1. High ○ 2. Low

**10A.** ☐ Folate ng/mL

**10B.** Date of Folate lab:

**10C.** Results of Folate lab:

**10D.** Range of Lab
- ○ 0. Normal ○ 1. High ○ 2. Low

**11A.** ☐ HbA1C %

**11B.** Date of HgbAIC

**11C.** Results of HgbAiC:

**11D.** Range of lab
- ○ 0. Normal ○ 1. High ○ 2. Low

**12A.** ☑ Albumin gm/dL

**12B.** Date of Albumin lab:
10/17/2012

**12C.** Results of Albumin lab:
2.9

**12D.** Range of Lab
- ○ 0. Normal ○ 1. High ◉ 2. Low

**13A.** ☐ Pre-Albumin mg/dL

**13B.** Date of Pre-Albumin lab:

**13C.** Results of Pre-Albumin lab:

**13D.** Range of Lab
- ○ 0. Normal ○ 1. High ○ 2. Low

**14A.** ☐ Cholesterol mg/dL

| E. | Biochemical Data, Medical Tests, Procedures | |
|---|---|---|

**14B.** Date of Cholesterol lab:

**14C.** Results of Cholesterol lab:

**14D.** Range of Lab

    ○ 0. Normal    ○ 1. High    ○ 2. Low

**15A.** ☐ Other lab:

**15B.** Other lab (specify)

**15C.** Date of other lab:

**15D.** Other lab results:

**15E.** Range of lab

    ○ 0. Normal    ○ 1. High    ○ 2. Low

**16A.** ☐ Other lab:

**16B.** Other lab (specify)

**16C.** Date of other lab:

**16D.** Other lab results:

**16E.** Range of lab:

    ○ 0. Normal    ○ 1. High    ○ 2. Low

**17A.** ☐ Other lab:

**17B.** Other lab (specify)

**17C.** Date of other lab:

**17D.** Results of other lab:

**17E.** Range of lab:

    ○ 0. Normal    ○ 1. High    ○ 2. Low

**18.** Other relevant tests or procedures?

    ◉ 0. No

    ○ 1. Yes

**18a.** If other relevant biochemical data, medical tests, or procedures: List dates and results

| F. | Anthropometric Measurements | |
|---|---|---|

**F1.** Age:

    85

**F2.** Most Recent Height

    Height: 71    Date: 10/16/2012 14:48

    Method: Lying down

    ***Click on view to see weights for this patient. If a weight was taken in conjunction with this review, click on new to enter the weight into the record. Record weight in pounds.***

**3.** Most Recent Weight

    Weight: 219.5    Date: 10/16/2012 18:01

    Scale: Wheelchair

**F3a.** Convert weight in pounds to kilograms and record below.

| F. | Anthropometric Measurements | | | |
|---|---|---|---|---|
| | | F4. | BMI | `100` |
| | | | | `30.7` |
| | | F5. | Physician Prescribed Wt Loss Regimen? | |
| | | | ⊙ 0. No | |
| | | | ○ 1. Yes | |

*Go to the Weights/Vitals tab or portal to view the Weight Summary for this resident. The heading of the weight summary contains the IBW Range. Enter the values listed*

| | | |
|---|---|---|
| F6. | IBW (+/-10%) | `81` |
| F7. | %IBW | `123` |
| F8. | UBW Range (pounds) | |
| F9. | %UBW | |

*View past weights – choose the weight in the record representative of time frame specified.*

F10. **Weight 1 month ago.**

F10a.      Most Recent Weight
        Weight:   Date:
        Scale:

F11. **Weight 3 months ago.**

F11a.      Most Recent Weight
        Weight:   Date:
        Scale:

F12. **Weight 6 months ago.**

12a.      Most Recent Weight
        Weight:   Date:
        Scale:

---

| G. | Comparative Standards: Estimated Energy, Protein, Fluid Needs |
|---|---|

**G1. Method for estimating energy needs. Check all that apply:**

G1a. ☑ 20 kcal/kg
G1b. ☐ 25 kcal/kg
G1c. ☐ 30 kcal/kg
G1d. ☐ 35 kcal/kg
G1e. ☐ Mifflin St Jeor

Mifflin St. Jeor Equation:
G1ee. *Men: 10 x weight (kg) +6.25 x height (cm) - 5 x age (y) + 5*
       *Women: 10 x weight (kg) + 6.25 x height (cm) - 5 x age (y) -161*

G1f. ☐ Harris Benedict

Harris Benedict Equation:
G1ff. *Men: 66.5 + (13.75 x weight in kg) + (5.003 x height in cm) - (6.775 x age in years)*
       *Women: 655.1 + (9.563 x weight in kg) + (1.85 x height in cm) - (4.676 x age in years)*

G1g. Total energy estimated needs.
`2000 kcal`

**G1. Method for estimating protein needs. Check all that apply:**

G2a. ☐ 0.8 g/kg
G2b. ☑ 1.0 g/kg
G2c. ☐ 1.2 g/kg
G2d. ☐ 1.5 g/kg
G2e. ☐ 2 g/kg

| G. | Comparative Standards: Estimated Energy, Protein, Fluid Needs | **G2f.** Total protein estimated needs. |
|---|---|---|

81 g pro (per kg IBW)

**G3. Method for estimating fluid needs. Check all that apply:**

**G3a.** ☐ ((wt in kg-20)*15+1500)

**G3b.** ☑ 20 ml/kg

**G3C.** ☑ 25 ml/kg

**G3d.** ☐ 30 ml/kg

**G3e.** ☐ 35 ml/kg

**G3f.** Total fluid estimated needs.

2.0-2.5 L

**G4. Weight used for calculations (Choose what applies)**

**G4a.** ☑ Actual

**G4b.** ☑ IBW

**G4c.** ☐ UBW

**G4d.** ☐ Adjusted (specify)

**G4e.** Adjusted body weight in pounds. (specify)

| H. | Enteral Nutrition Orders | **Enteral nutrition is medically necessary due to (check all that apply):** |
|---|---|---|

**H1a.** ☐ Dysphagia

**H1b.** ☐ Esophageal Paralysis

**H1c.** ☐ Malabsorption

**H1d.** ☐ Comatose

**H1e.** ☐ Persistent Vegetative State

**H1f.** ☐ Other

**H1g.** Other (specify)

**H2. Enteral Nutrition Orders**

**H2a.** Strength of formula
    0) Full strength
    1) Half strength
    2) 3/4 strength

**H2b.** Name of formula
    0) Jevity 1.2 Cal
    1) Jevity 1.5 Cal
    2) Osmolite 1.2 Cal
    3) Osmolite 1.5 Cal
    4) TwoCal HN
    5) Glucerna 1.2 Cal
    6) Nepro
    7) Suplena
    8) Promote with fiber
    9) Perative
    10) Pivot 1.5 Cal
    11) Vital AF 1.2 Cal
    12) Other

**H2c.** If other type of formula (specify)

**H2d.** Is a specialty enteral formula ordered?

| H. | **Enteral Nutrition Orders** | ○ 0. No |
|---|---|---|
| | | ○ 1. Yes |

H2e.  If yes, indicate medical necessity for specialty enteral formula.

H3a.  ☐  Pump, continuous
H3aa. If pump continuous, indicate # of ml per hour and # of hours (e.g., 50 ml/hr x 22 hrs)

H3b.  ☐  Pump, cyclic/intermittent
H3bb. If pump cyclic/intermittent, indicate # of ml per hour, and start/stop time (e.g., 50 ml/hr from 7p to 7a)

H3c.  ☐  Bolus (syringe)
H3cc. If bolus, indicate # of ml and the time of day or frequency (e.g., 240 ml at 9a, 1p, 5p, 9p, 1a, 5a)

H3d.  ☐  Gravity bag
H3dd. If gravity, indicate # of ml and the time of day or frequency (e.g., 240 ml at 9a, 1p. 5p, 9p, 1a, 5a)

H3e.  ☐  Modular enteral component
H3ee. If modular enteral component, indicate name, amount, frequency and method of administration (e.g., Propass, 1 scoop mixed with 30 ml water, 3 times per day via bolus)

**Water flush**
H4.  Indicate ml of water and frequency (e.g., 200 ml every 4 hours and 30 ml before and after medication)

Patient Name: Robert Coker    Patient Number: 2945

| H. | Enteral Nutrition Orders | **H5. Indicate medical necessity of pump, if applicable:** |
|----|--------------------------|------------------------------------------------------------|

H5a. ☐  Not applicable, pump not indicated

H5b. ☐  Severe diarrhea

H5c. ☐  Severe vomiting

H5d. ☐  Hx of aspiration pneumonia

H5e. ☐  J-tube

H5f. ☐  Dumping syndrome

H5g. ☐  Potential for circulatory overload d/t renal failure, heart failure/CHF

H5h. ☐  Reflux disease/GERD

H5i. ☐  Unstable diabetes

H5j. ☐  Other

H5k. If other specify:

**H6.  Enteral Access**
   0) NG tube
   1) G-tube
   2) J-tube
   3) Other (specify)
H6a. If other enteral access (specify)

**H7. Energy, Protein, Fluid from Enteral Nutrition**
H7a. Volume from formula(s) mL/24hr

H7b. Water from formula(s) mL/24hr

H7c. Total water from flush mL/24hr

H7d. Total volume mL/24hr = volume from formula(s) + total water from flush

H7e. Total water mL/24hr = water from formula(s) + total water from flush

H7f. Water per kg body weight

H7g. % estimated water needs met by formula(s) and flush

H7h. Energy provided by formula(s) calories/24hr

H7i. Energy per kg body weight

H7j. % estimated energy needs met by formula(s)

H7k. Indicate medical necessity if less than 750 or more than 2000 calories are provided

| H. | **Enteral Nutrition Orders** | | |
|---|---|---|---|
| | | H7l. | Protein provided by formula(s) grams/24hr |
| | | H7m. | Protein per kg body weight |
| | | H7n. | % estimated protein needs met by formula(s) |
| | | H7o. | % RDI for vitamins/minerals provided by formula(s) |

8. *Does the patient receive parenteral nutrition? If checked, refer to Parenteral Nutrition Worksheet for nutrient calculations. Please complete Questions A and B at the end of Section H. (K0700 of the MDS)*

    ◉ 0. No

    ○ 1. Yes

**KO700.Percent Intake by Artificial Route - *Complete K0700 only if K0500A (Parenteral/IV feeding) or K0500B (Feeding tube) is checked***

A.    Proportion of total calories the resident received through parenteral or tube feeding

    ○ 1. 25% or less

    ○ 2. 26-50%

    ○ 3. 51% or more

    ◉ -. Not assessed

B.    Average fluid intake per day by IV or tube feeding

    ○ 1. 500 cc/day or less

    ○ 2. 501 cc/day or more

    ◉ -. Not assessed

| I. | **Nutrition Diagnosis** | I1. | Is there a nutrition diagnosis at this time |
|---|---|---|---|
| | | | ○ 0. No |
| | | | ◉ 1. Yes |
| | | I2. | Nutrition diagnosis #1 (specify) |

| I. | **Nutrition Diagnosis** | 0) Inadequate energy intake<br>1) Excessive energy intake<br>2) Predicted suboptimal energy intake<br>3) Predicted excessive energy intake<br>**4) Inadequate oral intake**<br>5) Excessive oral intake<br>6) Limited food acceptance<br>7) Less than optimal enteral nutrition<br>8) Less than optimal parenteral nutrition<br>9) Inadequate fluid intake<br>10) Inconsistent carbohydrate intake<br>11) Inadequate intake of calcium<br>12) Predicted suboptimal nutrient intake<br>13) Predicted excessive nutrient intake<br>14) Swallowing difficulty<br>15) Biting/Chewing (masticatory) difficulty<br>16) Underweight<br>17) Unintentional weight loss<br>18) Overweight/obesity<br>19) Unintentional weight gain<br>20) Food-and nutrition-related knowledge deficit<br>21) Not ready for diet/lifestyle change<br>22) Limited adherence to nutrition-related recommendations<br>23) Self-feeding difficulty<br>25) Increased Nutritional Needs<br>26) Malnutrition<br>27) Other(Specify. Refer to the International Dietetics & nutrition Terminology Reference Manual for standard terminology)<br><br>I2a.If other diagnosis (specify)<br><br><br><br><br><br><br>I2b.Related to:<br>increased lethargy, swallowing problems<br>I2c.As evidenced by:<br>minimal p.o. intake<br>I3.  Nutrition Diagnosis #2 (specify) |

| I. | Nutrition Diagnosis | 0) Inadequate energy intake<br>1) Excessive energy intake<br>2) Predicted suboptimal energy intake<br>3) Predicted excessive energy intake<br>4) Inadequate oral intake<br>5) Excessive oral intake<br>6) LImited food acceptance<br>7) Less than optimal enteral nutrition<br>8) Less than optimal parenteral nutrition<br>9) Inadequate fluid intake<br>10) Inconsistent carbohydrate intake<br>11) Inadequate intake of calcium<br>12) Predicted suboptimal nutrient intake<br>13) Predicted excessive nutrient intake<br>14) Swallowing difficulty<br>15) Biting/Chewing (masticatory) difficulty<br>16) Underweight<br>17) Unintentional weight loss<br>18) Overweight/obesity<br>19) Unintentional weight gain<br>20) Food-and nutrition-related knowledge deficit<br>21) Not ready for diet/lifestyle change<br>22) Limited adherence to nutrition-related recommendations<br>23) Self-feeding difficulty<br>25) Increased Nutritional Needs<br>26) Malnutrition<br>27) Other(Specify. Refer to the International Dietetics & nutrition Terminology Reference Manual for standard terminology)<br><br>I3a.If other diagnosis (specify)<br><br><br><br><br><br>I3b.Related to:<br><br><br><br><br><br>I3c.As evidenced by:<br><br><br><br><br>14. Nutrition diagnosis #3 |
|----|---------------------|---|

| I. | Nutrition Diagnosis | 0) Inadequate energy intake<br>1) Excessive energy intake<br>2) Predicted suboptimal energy intake<br>3) Predicted excessive energy intake<br>4) Inadequate oral intake<br>5) Excessive oral intake<br>6) Limited food acceptance<br>7) Less than optimal enteral nutrition<br>8) Less than optimal parenteral nutrition<br>9) Inadequate fluid intake<br>10) Inconsistent carbohydrate intake<br>11) Inadequate intake of calcium<br>12) Predicted suboptimal nutrient intake<br>13) Predicted excessive nutrient intake<br>14) Swallowing difficulty<br>15) Biting/Chewing (masticatory) difficulty<br>16) Underweight<br>17) Unintentional weight loss<br>18) Overweight/obesity<br>19) Unintentional weight gain<br>20) Food-and nutrition-related knowledge deficit<br>21) Not ready for diet/lifestyle change<br>22) Limited adherence to nutrition-related recommendations<br>23) Self-feeding difficulty<br>25) Increased Nutritional Needs<br>26) Malnutrition<br>27) Other(Specify. Refer to the International Dietetics & nutrition Terminology Reference Manual for standard terminology)<br>14a.If other diagnosis (specify)<br><br><br>14b.Related to:<br><br><br>14c.As evidenced by: |
|----|---------------------|---|
| J. | Nutrition Intervention | **Nutrition Prescription. Indicate diet/nutrition recommendations based on the nutrition assessment.**<br>J1.<br>Diet consistency per SLP. As pt becomes more alert,rec:supplement w/ Ensure + med pass. Suggest tube feeding be considered if continued minimal p.o.<br>**J2. Nutrition Interventions. Choose all that apply:**<br>J2a. ☐ General/healthful diet<br>J2b. ☑ Modify distribution, type, or amount of food and nutrient with meals or at specified time<br>J2c. ☑ Specific food/beverages or groups (specify)<br>J2cc.Specify<br>see above<br>J2d. ☐ Enteral nutrition<br>J2e. ☐ Medical food supplement: commercial beverage<br>J2f. ☐ Medical food supplement: commercial food |

| J. | Nutrition Intervention | | |
|---|---|---|---|

| J2g. | ☐ | Modified beverage |
|---|---|---|
| J2h. | ☐ | Modified food |
| J2i. | ☐ | Multivitamin/mineral |
| J2j. | ☐ | Vitamin: D |
| J2k. | ☐ | Mineral: Calcium |
| J2l. | ☐ | Mineral: Iron |
| J2m. | ☐ | Adaptive equipment |
| J2n. | ☐ | Nutrition education-content: recommended modifications |
| J2o. | ☐ | Nutrition education-application: skill development |
| J2p. | ☐ | Collaboration/referral to other providers |
| J2q. | ☐ | Other intervention |

J2r. Other (Specify. Refer to the International Dietetics & Nutrition Terminology Reference Manual for standard terminology)

**J3. Goals**

J3a. ☑ Will consume adequate energy to maintain weight (specify)

J3aa. Specify weight/weight range:
210-220#

J3b. ☐ Will consume adequate energy to gain weight (specify)

J3bb. Specify amount of desired gain per month and goal weight

J3c. ☐ Will consume adequate energy to lose (specify)

J3cc. Specify amount of desired loss per month and goal weight.

J3d. ☑ Will have an average meal inake of at least (specify)

J3ee. Specify averge meal intake.
50% initially

J3f. ☑ Other goal (specify)

J3ff. Other (specify)
no s/s of aspiration

| K. | Nutrition Monitoring and Evaluation | Choose all that apply: | |
|---|---|---|---|
| | | 1A. | ☑ Food/beverage intake |
| | | 1B. | ☐ Food intake |
| | | 1C. | ☐ Enteral nutrition intake |
| | | 1D. | ☐ Parenteral nutrition intake |
| | | 1E. | ☐ Eating enviornment |
| | | 1F. | ☐ Food and nutrition knowledge |
| | | 1G. | ☐ Readiness to change nutrition-related behaviors |

Patient Name: Robert Coker    Patient Account: 2 beds

| K. | Nutrition Monitoring and Evaluation | 1H. | ☑ | Food preferences |
|---|---|---|---|---|
| | | 1I. | ☐ | Self-management as agreed upon |
| | | 1J. | ☐ | Mealtime behavior |
| | | IK. | ☐ | Nutrition related ADLs and IADLs |
| | | IL. | ☑ | Weight change |
| | | IM. | ☑ | Biochemical data: electrolyte and renal profile |
| | | 1N. | ☑ | Biochemical data: glucose/endocrine profile |
| | | 1O. | ☑ | Biochemical data: lipid profile |
| | | 1P. | ☑ | Biochemical data: nutritional anemia profile |
| | | 1Q. | ☑ | Biochemical data: protein profile |
| | | 1R. | ☑ | Skin |
| | | 1S. | ☐ | Other nutrition monitoring (specify) |
| | | 1T. | | If other *(Specify. Refer to the International Dietetics & Nutrition Terminology Reference Manual for standard terminology)* |

| L. | Comments and Careplan Decision | L1. Comments |
|---|---|---|
| | | Patient consuming minimal food/fluids. Has received IVF's. Per patient's son, patient was eating well until discharge from the hospital-no hx of weight loss. Weight fluctuations possible, given Lasix tx. Followed by SLP and diet consistency downgraded to Pureed. Spoke with MD and suggested tube feeding be considered if patient alertness and p.o. intake do not improve in the next 2-3 days. |
| | | L2. Careplan Decision |
| | | ◉ 0. Proceed to careplan |
| | | ○ 1. Do not proceed to careplan |
| | | L3. Rational for careplan decision |
| | | Decreased oral intake related to swallowing problems |

**SIGNED**

| Signed By | Signed Date |
|---|---|
| Cheryl Gullickson, MS, RD, LD [ESOF] | 10/19/2012 |

Case 1:14-cv-03672-AT   Document 1-3   Filed 11/14/14   Page 92 of 119   10/19/2012 13:40

| A. | Personal Information | 1. | Person(s) providing info: |
|---|---|---|---|

**A. Personal Information**

1. Person(s) providing info:
   Andy

2. Relationship:
   Son

3. Marital Status
   - ○ 1. Never married
   - ◉ 2. Married
   - ○ 3. Widowed
   - ○ 4. Separated
   - ○ 5. Divorced
   - ○ -. Not assessed

4. Spouse Name:
   Ms. Coker

5. Number of children:
   2

6. Do children provide assistance?
   - ○ 1. Yes
   - ◉ 2. No
   - ○ 3. NA

7. Describe frequency and type of assistance provided:

8. Hearing:
   - ◉ 1. Adequate
   - ○ 2. Minimal difficulty
   - ○ 3. Moderate difficulty
   - ○ 4. Highly impaired

9. Hearing Aides used?
   - ○ 1. Yes
   - ◉ 2. No

10. Vision:
    - ○ 1. Reads without glasses
    - ◉ 2. Wears glasses to read
    - ○ 3. Wears glasses to see
    - ○ 4. Highly impaired

**B. Caregiver information**

1. Do you have a caregiver?
   - ◉ 1. Yes
   - ○ 2. No

2. Caregivers name / relationship:
   He lives in ALF

3. Can caregiver lift you / provide physical support if necessary?
   - ◉ 1. Yes
   - ○ 2. No

4. Can we talk to your caregiver?

Coker, Robert - Page 1 of 7

| B. | Caregiver information | | |
|---|---|---|---|
| | | | ◉ 1. Yes |
| | | | ○ 2. No |
| | | 5. | Phone number of caregiver: |
| | | | 7704610039 |
| | | 6. | Do you need a caregiver? |
| | | | ○ 1. Yes |
| | | | ○ 2. No |

| C. | Discharge Information | | |
|---|---|---|---|
| | | 1. | **Where do you plan to go when discharged?** |
| | | | ○ 1. House-one level |
| | | | ○ 2. House-two level |
| | | | ○ 3. Apartment |
| | | | ◉ 4. Assisted Living |
| | | | ○ 5. LTC |
| | | | ○ 6. Other(specify) |
| | | 2. | Comments on other housing: |
| | | 3. | Number of steps to enter premises? |
| | | | 0 |
| | | 4. | Which floor is your bedroom on? |
| | | | ◉ 1. first floor |
| | | | ○ 2. second floor / basement |
| | | 5. | Which floor is your bathroom on? |
| | | | ◉ 1. first floor |
| | | | ○ 2. second floor / basement |
| | | 6. | Comments-bedroom / bathroom: |
| | | 6a. | Explain number of stairs to 2nd floor / basement: |
| | | 7. | **GOALS (check all that apply)** |
| | | 7a. | ☐ I am independent with steps. |
| | | 7b. | ☐ I need to be able to negotiate steps / stairs. |
| | | 8. | **Steps/stairs(check all that apply)** |
| | | 8a. | ☐ Multiple steps |
| | | 8b. | ☐ Multiple stairs |
| | | 8c. | ☑ No steps / stairs |

| D. | Functionality at Residence | | |
|---|---|---|---|
| | | 1. | **Mobility: Did you use any adaptive equipment at home?** |
| | | 1a. | ☐ Uses no devices |
| | | 1b. | ☐ Cane |

| D. | Functionality at Residence | |
|---|---|---|

**1c.** [✓] Walker

**1d.** [ ] Scooter

**1e.** When did you start using?

1 year ago

**2. Mobility Goals: (check all that apply)**

**2a.** I prefer to be able to walk without a cane / walker.
- ○ 1. Yes
- ⊙ 2. No

**2b.** I need to use a device at all times for safety.
- ○ 1. Cane
- ⊙ 2. Walker
- ○ 3. Both

**2c.** I need to use a device on uneven surfaces for safety.
- ○ 1. Cane
- ⊙ 2. Walker
- ○ 3. Both

**Prosthetic devices**

**3.** Does patient use prosthetic devices?
- ○ 1. Yes
- ⊙ 2. No

**3a.** Type:

**3b.** Location:

**3c.** Describe assistance needed:

**Prosthetic Goals:**

**3d.** [ ] I need to be able to put on / take off prosthetic device.

**3e.** [ ] I need my caregiver to be able to put on / take off my prosthetic device.

**Falls:**

**4a.**
- ⊙ 1. Yes
- ○ 2. No

**4b.** Fall in the past 3 months?
- ⊙ 1. Yes
- ○ 2. No

**4c.** Fall in the past 6 months?
- ⊙ 1. Yes
- ○ 2. No

**4d.** Injuries / Describe

Patient Name: Robert Coker

Physician: WENDY GOZA

| D. | Functionality at Residence | |
|---|---|---|
| E. | ADL Function | **How did you bathe at home?** |

**How did you bathe at home?**

1. Bathing assistance:
   - ○ 1. Independent
   - ◉ 2. Needs assistance

**1b.** When was assistance started / Describe:

**1c.** Bathing:
   - ○ 1. Tub
   - ◉ 2. Shower
   - ○ 3. Sponge Bath
   - ○ 4. No preference

2. Bathing preference:
   - ○ 1. Prefer a.m.
   - ○ 2. Prefer p.m.
   - ◉ 3. No preference

**3. Bath/Shower equipment:**

**3a.** ☑ Shower bench

**3b.** ☑ Removable shower head

**3c.** ☐ Other

**3d.** Specify / describe other bathing equipment:

**4. Grab bars:**

**4a.** ☑ Tub / shower

**4b.** ☑ Toilet

**4c.** ☐ Other

**4d.** Describe other grab bars:

5. Dressing / Grooming:
   - ○ 1. Independent
   - ◉ 2. Needs assistance

**6. Goals for bathing / dressing / grooming:**

**6a.** ☐ I need to be able to groom / dress / bathe independently.

**6b.** ☑ I need my caregiver to be able to assist me / perform grooming / dressing / bathing.

| F. | Continence/Toileting | **How did you function at home?** |
|----|----------------------|-----------------------------------|

**How did you function at home?**

**1.  Are you continent of urine?**
- ○ 1. Yes
- ◉ 2. No

**Incontinence products used:**

**1a.  Briefs / pads used?**
- ◉ 1. Yes
- ○ 2. No
- ○ 3. NA

**1b.  When are they used?**
- ○ 1. During the day
- ○ 2. At night
- ◉ 3. All the time

**1c.  When Started:**

**2.  Are you continent of stool?**
- ○ 1. Yes
- ◉ 2. No

**Incontinence products used:**

**2a.  Briefs used?**
- ◉ 1. Yes
- ○ 2. No
- ○ 3. NA

**2b.  When are they used?**
- ○ 1. During the day
- ○ 2. At night
- ◉ 3. All the time

**2c.  When started:**

**3.  Do you use a bedside commode at home?**
- ○ 1. Yes
- ◉ 2. No

**4. Goals for continence / toileting:**

**4a.**  ☐ I believe I can be continent again.

**4b.**  ☑ I will need assistance using the toilet.

**4c.**  ☐ I need to be independent with toileting.

| G. | Household activities | **What were you able to do at home?** |
|----|----------------------|---------------------------------------|

**What were you able to do at home?**

**1. Housekeeping:**

**1a.**  ☐ Independent

**1b.**  ☑ Assistance

**1c.  When did you begin to require assistance?**

| G. | Household activities | **What were you able to do at home?** |
|---|---|---|
| | | **2. Cooking:** |
| | | 2a. ☐ Independent |
| | | 2b. ☑ Assistance |
| | | 2c. When did you begin to require assistance? |
| | | **3. Laundry** |
| | | 3a. ☐ Independent |
| | | 3b. ☑ Assistance |
| | | 3c. When did you begin to require assistance? |
| | | 3d. Laundry location: |
| | | **4. Goals for household activities:** |
| | | 4a. ☐ I need to be independent with household activities. |
| | | 4b. ☑ I have assistance with household activities. |
| H. | Medication Management: | **What medications did you take at home?** |
| | | 1. Medications / frequency / reasons for use: |
| | | ALF assists with medications |
| | | **2. Goals for medication administration:** |
| | | 2a. ☐ I need to manage my medications without assistance. |
| | | 2b. ☐ My caregiver must be trained to assist me with my medications. |
| | | 2c. ☑ My caregiver must be trained to administer my medications. |
| I. | Disease Management | **Diagnoses that affects function:** |
| | | 1. Diagnoses: |
| | | **Goals:** |
| | | 1b. ☐ I need to manage my disease(s), understand how to identify change of condition. |
| | | 1c. ☐ I need to understand when to alert my caregiver that my condition has changed. |
| | | 1d. ☑ I need to have my caregiver manage my disease(s), identify change in condition. |

Patient Name: Robert Coker  Patient Number: 123965  Random 501 A

Physician: WENDY, GOZA

| J. | General Information: | 1. | Have you been in a Nursing Home recently? |
|----|------|----|------|

○ 1. Yes

◉ 2. No

**1b.** Where / When / How long?

**2.** Did you reside somewhere other than your home?

◉ 1. Yes

○ 2. No

**2a.** Where / When / How long?

ALF- Azalea Estates

**3.** Were you in a hospital in the last year?

○ 1. Yes

◉ 2. No

**3a.** Where / When / How long?

**3b.** Comments:

| K. | Version | Verion 1.0 April 2011 |
|----|------|------|

SIGNED

| Signed By | Signed Date |
|------|------|
| Alicia Shaw, BS [ESOF] | 10/19/2012 |

| | | |
|---|---|---|
| Patient Name: Robert Coker | Admission Date: 10/16/2012 | Date of Birth: 6/16/1927 |
| Location: 1-5 501 A | Primary Language: NA | Physician: WENDY, GOZA |
| Gender: M | | |
| Allergies: PCN,CIPRO,BACTRIM,SULFA,CLINDAMYCIN | | |
| Title: PATIENT NURSING EVALUATION PART 3 | Type: Admission | Facility Name: Kindred Transitional Care and Rehabilitation-Lafayette - 1226 |
| Malnutrition Screening Tool (MST) Score: 5.0 | Malnutrition Screening Tool (MST) Category: MST - Risk for Malnutrition | |

## 1. Type of Assessment

| 1. | Type of Assessment | 1. | Type of Assessment |
|---|---|---|---|
| | | | (•) 0. Admission |
| | | | ( ) 1. Readmission |

## O. Personal Habits

| O. | Personal Habits | O1. | Personal Habits - Check all that apply | Sleep Pattern | |
|---|---|---|---|---|---|
| | | 1A. [ ] | Tobacco Use | 2A. Rises at (enter time) | |
| | | 1B. [ ] | Smokes | 2B. Naps at (enter time) | |
| | | 1C. [ ] | Alcohol Use | 2C. Bedtime (enter time) | |
| | | 1D. [✓] | None of the Above | | |

## P. Self-Administration of Medication

| P. | Self-Administration of Medication | P1. | Patient desires to self medicate: |
|---|---|---|---|
| | | | (•) 0. No |
| | | | ( ) 1. Yes |

## Q. Mental Health

| Q. | Neurological/Mental Health | Q1. | Behaviors (Check all that apply) | Q2. | Mood (Check all that apply) |
|---|---|---|---|---|---|
| | | 1A. [ ] Wandering | | 2A. [ ] Calm | |
| | | 1B. [ ] Resists care | | 2B. [ ] Weeping/Crying | |
| | | 1C. [ ] Verbal Abuse | | 2C. [ ] Agitated | |
| | | 1D. [ ] Sexually Inappropriate | | 2D. [✓] Restless | |
| | | 1E. [ ] Physical Abuse | | 3E. [ ] Angry | |
| | | 1F. [✓] None of the Above | | 2F. [ ] Worried | |
| | | | | 2G. [ ] Hopeless | |
| | | | | 2H. [ ] Tired/No energy | |
| | | | | Q3. On Antipsychotic Medication ( ) 0. No ( ) 1. Yes | |

## R. Eyes/Vision

| R. | Eyes/Vision | R1. | Pupils equal and reactive to light |
|---|---|---|---|
| | | | ( ) 0. No (•) 1. Yes |
| | | R2. | If not - describe pupil size and reaction |
| | | R3. | Vision adequate with correction |
| | | | (•) 0. No ( ) 1. Yes |
| | | R4. | Blind |

Coker, Robert - Page 1 of 11

Case 4:14-cv-03672-AT   Document 1-12   Filed 11/14/14   Page 100 of 119

| R. | Eyes/Vision | | |
|----|-------------|---|---|
| | | ⊙ a. N/A   ○ b. (L) Eye   ○ c. (R) Eye   ○ d. Both eyes | |
| | | R5. Cataracts | |
| | | ⊙ a. N/A   ○ b. (L) Eye   ○ c. (R) Eye   ○ d. Both eyes | |
| | | R6. Corrective Lenses: Contact Lenses | |
| | | ⊙ a. N/A   ○ b. (L) Eye   ○ c. (R) Eye   ○ d. Both eyes | |
| | | R7. Corrective Lenses: Glasses | |
| | | ⊙ 0. No   ○ 1. Yes | |
| | | R8. Eye Prosthesis/ Glass Eye | |
| | | ⊙ a. N/A   ○ b. (L) Eye   ○ c. (R) Eye   ○ d. Both eyes | |
| | | R9. Other - Specify | |

**S. Ears/Hearing**

| S. | Ears/Hearing | | |
|----|--------------|---|---|
| | | S1. Hears adequately | |
| | | ○ 0. No   ⊙ 1. Yes | |
| | | S2. Hard of hearing | |
| | | ⊙ a. N/A   ○ b. (L) Ear   ○ c. (R) Ear   ○ d. Both Ears | |
| | | S3. Ringing in ears | |
| | | ⊙ a. N/A   ○ b. (L) Ear   ○ c. (R) Ear   ○ d. Both Ears | |
| | | S4. Other hearing issues or complaints | |
| | | | |
| | | S5. Hearing aides | |
| | | ⊙ a. N/A   ○ b. (L) Ear   ○ c. (R) Ear   ○ d. Both Ears | |
| | | S6. Other hearing devices | |

**T. Communication**

| T. | Communication | T1. Ability to express ideas and wants, consider both verbal and non-verbal expression | |
|----|---------------|---|---|
| | | ⊙ 0. Understood | |
| | | ○ 1. Usually understood | |
| | | ○ 2. Sometimes understood | |
| | | ○ 3. Rarely/never understood | |
| | | ○ -. Not assessed | |
| | | T2. Understanding verbal content, however able (with hearing aid or device if used) | |
| | | ⊙ 0. Understands | |
| | | ○ 1. Usually understands | |
| | | ○ 2. Sometimes understands | |
| | | ○ 3. Rarely/never understands | |
| | | ○ -. Not assessed | |
| | | T3. Select best description of speech pattern | |

| Patient Name: Robert Coker | Patient Number: 123965 | Effective Date: 1-06/2012 19:05 |
|---|---|---|
| Location: 1-S 501 A | Physician: WENDY, GOZA | Title: PATIENT NURSING EVALUATION PART 3 |

| T. | Communication | | |
|---|---|---|---|
| | | ⦿ | 0. Clear speech |
| | | ◯ | 1. Unclear speech |
| | | ◯ | 2. No speech |
| | | ◯ | -. Not assessed |
| | T4. | | Speaks English? |
| | | ◯ | 0. No |
| | | ⦿ | 1. Yes |
| | T5. | | Dominant Language |
| | T6. | | Communication Devices |

## U. Oral/Mouth

| U. | Oral/Mouth | | |
|---|---|---|---|
| | | U1. | Oral Health (Check all that apply) |
| | | 1A. | ☑ Oral mucosa moist, pink, without lesions or ulcerations, good oral hygiene |
| | | 1B. | ☐ Oral Discomfort/Pain |
| | | 1C. | ☐ Caries/Decay |
| | | 1D. | ☐ Candida |
| | | 1E. | ☐ Inflamed/Bleeding Gums |
| | | 1F. | ☐ Ulcers/Lesions |
| | | 1G. | ☐ Missing Teeth |
| | | 1H. | ☐ Edentulous/No natural teeth/ Tooth Fragments |
| | | U2. | Does patient have partial dentures? |
| | | | ◯ 0. No   ⦿ 1. Yes |
| | | | Upper Partial Denture: |
| | | 2A. | ☐ Fit |
| | | 2B. | ☐ Loose/ill fitting |
| | | 2C. | ☐ Broken/Chipped |
| | | | Lower Partial Denture: |
| | | 2D. | ☐ Fit |
| | | 2E. | ☑ Loose/Ill Fitting |
| | | 2F. | ☐ Broken/Chipped |
| | | U3. | Does the patient have full plate dentures? |
| | | | ⦿ 0. No   ◯ 1. Yes |
| | | | Full Upper Plate |
| | | 3A. | ☐ Fit |
| | | 3B. | ☐ Loose/Ill Fitting |
| | | 3C. | ☐ Broken/Chipped |
| | | | Lower Full Plate |
| | | 3D. | ☐ Fit |
| | | 3E. | ☐ Loose/Ill Fitting |
| | | 3F. | ☐ Broken/Chipped |
| | | U4. | Does patient have any of the following oral/mouth problems? |

| U. | Oral/Mouth | | ○ 0. No   ● 1. Yes |
|---|---|---|---|
| | | 4A. | ☑ Difficulty or pain with swallowing/chewing |
| | | 4B. | ☐ Facial/mouth pain |
| | | 4C. | ☐ Requires altered consistency of meals and fluids |
| | | 4D. | ☐ Pockets or holds food in mouth/cheek |
| | | 4E. | ☐ Loss of liquids/solids from mouth while eating/drinking |

### V. Cardiovascular

| V. | Cardiovascular | V1. Cardiac Rhythm |
|---|---|---|
| | | ● 0. Regular   ○ 1. Irregular |
| | | V2. Cardiovascular Issues |
| | | 2A. ☐ Tingling/numbness |
| | | 2B. ☐ Varicose Veins |
| | | 2C. ☑ None of the Above |
| | | V3. Edema Present |
| | | ● 0. No   ○ 1. Yes |
| | | 3B. If present - describe location and degree of edema |
| | | |
| | | V4. Pacemaker present |
| | | ● 0. No   ○ 1. Yes |
| | | 4B. Date of last pacemaker check |

### W. Respiratory/Lung Function

| W. | Respiratory/Lung Function | W1. Airway patent, normal breath sounds, no chest deformity, no bulging or intercostal retraction? |
|---|---|---|
| | | ○ 0. No |
| | | ● 1. Yes |
| | | If no - check all that apply |
| | | 1A. ☐ Productive cough |
| | | 1B. ☐ Wheezing |
| | | 1C. ☐ Crackles |
| | | 1D. ☐ Hemoptysis |
| | | 1E. ☐ Orthopnea |
| | | 1F. ☐ Nasal Discharge |
| | | 1G. ☐ Rhonchi |
| | | 1H. ☐ Short of air on exertion |
| | | 1I. ☐ Congestion |
| | | 1J. ☐ Cyanosis |
| | | 1K. ☐ Increased secretions requiring suction |
| | | 1L. ☐ Pursed Lips |
| | | 1M. ☐ Using Accessory Muscles |
| | | 1N. ☐ Short of air on rest |
| | | W2. Is patient using any of the following (O2, Trach, CPaP, BiPaP, Nebulizer) for respiratory assistance? |
| | | ● 0. No   ○ 1. Yes |
| | | If yes - check all that apply |
| | | 2A. ☐ Oxygen |
| | | 2A1. Liters of O2 per min |
| | | ☐ |

| W. | Respiratory/Lung Function | Method of Delivery |
| --- | --- | --- |
| | | **2A2.** Nasal Cannula |
| | | ○ 0. Nasal Cannula   ○ 1. Face Mask   ○ 2. Trach Mask |
| | | **2B.** ☐ Tracheostomy |
| | | **2C.** ☐ CPaP |
| | | **2D.** ☐ BiPaP |
| | | **2E.** ☐ Nebulizer Therapy |
| | | **W3.** If on oxygen or has a tracheostomy, CPaP, BiPaP, Nebulizer Therapy or require suction - baseline O2 Sat on **room air is** ☐ |
| | | **W4.** If on oxygen or has a tracheostomy, CPaP, BiPaP, Nebulizer Therapy or require suction - baseline O2 Sat on **oxygen is** ☐ |
| | | **W5.** Does the patient compensate for shortness of breath by limiting activity, raising the head of their bed? |
| | | ⦿ 0. No |
| | | ○ 1. Yes |
| | | **W6.** Does the patient have difficulty lying flat? |
| | | ⦿ 0. No |
| | | ○ 1. Yes |
| | | **W7.** In the last 30 days, has there been a change in breathing? |
| | | ⦿ 0. No |
| | | ○ 1. Yes |
| | | **7A.** If yes - describe the change |

**X. Gastrointestinal**

| X. | Gastrointestinal | **X1.** Abdomen is normal, soft, slightly rounded(in non-obese), bowel sounds in all 4 quadrants, umbilicus not herniated |
| --- | --- | --- |
| | | ○ 0. No   ⦿ 1. Yes |
| | | If no - check all that apply |
| | | **1A.** ☐ Rebound Tenderness |
| | | **1B.** ☐ Abdomen hard/rigid |
| | | **1C.** ☐ Bowel sounds absent in right upper quadrant |
| | | **1D.** ☐ Bowel sounds absent in left upper quadrant |
| | | **1E.** ☐ Bowel sounds absent in right lower quadrant |
| | | **1F.** ☐ Bowel sounds absent in left lower quadrant |
| | | **1G.** ☐ Bowel sounds sluggish |
| | | **1H.** ☐ Bowel sounds hyperactive |

**Y. Activities of Daily Living**

| Y1. | Activities of Daily Living | Prior Level of Function in the last 30 Days |
| --- | --- | --- |
| | | **Y1.** Ambulation |
| | | ○ 0. Independent |
| | | ○ 1. Set-Up Assistance Only |
| | | ○ 2. Limited Assist |
| | | ⦿ 3. Extensive Assist |
| | | **Y2.** Does the patient use assistive devices for ambulation |
| | | ○ 0. No   ⦿ 1. Yes |
| | | If yes - check all that apply |
| | | **2A.** ☐ Cane |

Patient Name: Coker, Robert   Patient Number: 123985   Effective Date: 10/16/2012 19:05
Location:  1-5 501 A   Physician:  WENDY, GOZA   Title:  PATIENT NURSING
EVALUATION PART 3

| Y1. | Activities of Daily Living | Prior Level of Function in the last 30 Days |
|---|---|---|
| | | **2B.** ☑ Walker |
| | | **2C.** ☐ Scooter |
| | | **2D.** ☐ Prosthetic devices |
| | | **2D1.** List prosthetic devices used |

**Y3.  Transfer**
- ○ 0. Independent
- ○ 1. Set-up assistance only
- ○ 2. Limited Assist
- ◉ 3. Extensive Assist
- ○ 4. Dependent
- ○ 5. Mechanical Lift

**Y4.  Dressing**
- ○ 0. Independent
- ○ 1. Set-Up assistance only
- ○ 2. Limited Assist
- ◉ 3. Extensive Assist
- ○ 4. Dependent

**Y5.  Eating**
- ○ 0. Independent
- ○ 1. Set-Up assistance only
- ○ 2. Limited Assist
- ◉ 3. Extensive Assist
- ○ 4. Dependent

**Y6.  Bathing**
- ○ 0. Independent
- ○ 1. Supervision
- ○ 2. Physical Help - Transfer Only
- ○ 3. Physical Help in part of bathing activity
- ◉ 4. Dependent

**Y7. Bathing Type and Time Preference - check all that apply**
- **7A.** ☐ Tub
- **7B.** ☐ Shower
- **7C.** ☑ Sponge Bath
- **7D.** ☐ Bathe in AM
- **7E.** ☐ Bathe in PM

## Z. Bladder Status Screening

| Z. | Bladder Status Screening | Z1.  Urinary continence - Select the one category that best describes the resident |
|---|---|---|
| | | ○ 0. Always continent |
| | | ○ 1. Occasionally incontinent |
| | | ◉ 2. Frequently incontinent |
| | | ○ 3. Always incontinent |
| | | ○ 9. Not rated |
| | | ○ -. Not assessed |

| Z. | Bladder Status Screening | |
|---|---|---|

**Z2.** What is your normal daily routine to go to the bathroom?

**2A.** ☐ Upon Rising

**2B.** ☐ After Meals

**2C.** ☐ Before Bedtime

**2D.** ☑ No apparant pattern

**Z3.** How often do you usually need to use the bathroom during the day?

**Z4.** Check all that apply

**4A.** ☑ Physically reliant on care giver to go to the bathroom

**4B.** ☐ Unable to indicate toileting needs

**4C.** ☑ Wears/needs briefs/protective underwear/tissue for protection

**4E.** ☐ Urge to toilet interrupts sleep

**4D.** ☐ Nocturia

**4F.** ☐ Constant sensation to urinate

**4G.** ☐ Difficulty to hold off going to the bathroom for 2 hours

**4H.** ☐ Dribbles when coughing/sneezing

**4I.** ☐ Feels urgency when needing to go to the bathroom

**4J.** ☐ Difficulty starting stream

**4K.** ☐ Pain/Burning upon urination

**4L.** ☐ Blood in urine

**4M.** ☐ Bladder distention

**4N.** ☐ Incontinence recent onset

**4O.** ☐ Current bladder toileting program

**Z5.** Is the patient able to participate in a bladder toileting program?

○ 0. No

◉ 1. Yes

○ 2. Not applicable

Indwelling Urinary Devices

**Z6.** Indwelling Catheter

◉ 0. No

○ 1. Yes

**6A.** Size of Indwelling Catheter

☐

**6B.** Justification

**Z7.** Intermittent Catheterization

◉ 0. No

○ 1. Yes

**7A.** Rationale for intermittent catheterization

| Patient Name: Robert Coker | Chart Number: 123955 |  |
|---|---|---|
| Location: 1-5 501 A | Physician: WENDY, GOZA | Title: PATIENT NURSING EVALUATION PART 3 |

| Z. | Bladder Status Screening | |
|---|---|---|
| | | Z8. Suprapubic Catheter<br>   ⦿ 0. No<br>   ○ 1. Yes<br><br>8A. Rationale for suprapubic catheter<br><br><br><br>Z9. Other Indwelling Urinary Devices - specify |

## AA. Bowel Status Screening

| AA. | Bowel Status Screening | |
|---|---|---|
| | | AA1. Date of Last Bowel Movement<br>`10/15/2012`<br><br>AA2. Bowel continence - Select the one category that best describes the resident<br>  ○ 0. Always continent<br>  ⦿ 1. Occasionally incontinent<br>  ○ 2. Frequently incontinent<br>  ○ 3. Always incontinent<br>  ○ 9. Not rated<br>  ○ -. Not assessed<br><br>AA3. Change in bowel function<br>  ⦿ 0. No<br>  ○ 1. Yes<br><br>AA4. Check All that apply<br>4A. ☑ Physically reliant on care giver to go to the bathroom<br>4B. ☐ Constipation<br>4C. ☐ Uses stool softeners/laxatives<br>4D. ☐ No sensation of need to have BM<br>4E. ☐ Has a soiling problem<br>4F. ☐ On a current toileting program<br>4G. ☐ Food/Beverages affect bowels<br>4H. ☐ Colostomy<br>4I. ☐ Ileostomy<br>4J. ☐ Sigmoidostomy<br>4K. ☐ None of the Above<br><br>AA5. If patient has ostomy - does the patient need assistance with care of the ostomy?<br>  ⦿ 0. No<br>  ○ 1. Yes<br><br>AA6. Patient stool consistency is usually |

| Patient Name: | Robert Coker | Patient Number: | 123965 | Effective Date: | 10/16/2012 19:05 |
|---|---|---|---|---|---|
| Location: | 1-5 501 A | Physician: | WENDY, GOZA | Title: | PATIENT NURSING EVALUATION PART 3 |

| AA. | Bowel Status Screening | | |
|---|---|---|---|
| | | | ◉ 0. Soft and Formed |
| | | | ○ 1. Small/Dry |
| | | | ○ 2. Hard and Formed |
| | | | ○ 3. Liquid |
| | | AA7. | How often does the patient have a bowel movement? |
| | | | |
| | | AA8. | Is patient able to participate in a bowel toileting program? |
| | | | ○ 0. No |
| | | | ◉ 1. Yes |
| | | | ○ 2. Not applicable |

**BB. Malnutrition Screening Tool (MST)**

| BB. | Malnutrition Screening Tool (MST) | BB1. | Have you lost weight without trying? |
|---|---|---|---|
| | | | ○ 0. No |
| | | | ○ 1. Yes |
| | | | ◉ 2. Unsure |
| | | BB2. | If yes - weight in pounds you have lost |
| | | | ○ 0. 2-10 lbs |
| | | | ○ 1. 11-20 lbs |
| | | | ○ 2. 21-30 lbs |
| | | | ○ 3. Greater than 30 lbs |
| | | | ◉ 4. Unsure |
| | | 2A. | Time frame for weight loss |
| | | | |
| | | BB3. | Have you been eating poorly because of a decreased appetite? |
| | | | ○ 0. No |
| | | | ◉ 1. Yes |

**CC. Total Parenteral Nutrition (TPN)**

| CC. | Total Parenteral Nutrition (TPN) | CC1. | Is the patient on TPN? |
|---|---|---|---|
| | | | ◉ 0. No |
| | | | ○ 1. Yes |

**DD. Intravenous Therapy**

| DD. | Intravenous Therapy | DD1. Has an IV |
|---|---|---|
| | | ◉ 0. No   ○ 1. Yes |
| | | DD2 Type of IV access |
| | | 2A. ☐ IV PICC |
| | | 2B. ☐ IV Central |
| | | 2C. ☐ IV Midline |
| | | 2D. ☐ IV Port |
| | | DD3. IV site/location |

Patient Name:  Robert Coker                    Account Number:  123985         Print Date: 10/16/2012 19:05
Location:  1-5 501 A              Physician:  WENDY, GOZA          Title:  PATIENT NURSING
                                                                             EVALUATION PART 3

| DD. | Intravenous Therapy | |
|---|---|---|
| | | DD4. Reason for IV: |
| | | DD5. IV access patent?<br>  ◯ 0. No    ◯ 1. Yes<br>5A. If no - list interventions |
| | | DD6. IV Site |
| | | 6A.  ☐ Clear, no redness or swelling |
| | | 6B.  ☐ Surrounding skin red |
| | | 6C.  ☐ Tender |
| | | 6D.  ☐ Swollen |
| | | 6E.  ☐ Weeping |

**EE. Tube Feeding**

| EE. | Tube Feeding | |
|---|---|---|
| | | EE1. Is patient on a tube feeding?<br>  ◯ 0. No    ◯ 1. Yes |
| | | EE2. Type of tube: |
| | | 2A.  ☐ Nasal Gastric (NG) |
| | | 2B.  ☐ Gastric Tube (GT) |
| | | 2C.  ☐ Peg Tube |
| | | 2D.  ☐ J-Tube (JT) |
| | | 2E.  ☐ Low Profile Gastric Tube |
| | | EE3. Delivery Method |
| | | 3A.  ☐ Bolus |
| | | 3B.  ☐ Gravity |
| | | 3C.  ☐ Pump |
| | | EE4. If pump used, list justification |

**FF. Tuberculosis Screening**

| FF. | Tuberculosis Screening | |
|---|---|---|
| | | FF1. Tuberculosis Screening - check all that apply |
| | | 1A.  ☐ Negative TST |
| | | 1B.  ☐ Positive Reactor to TST |
| | | 1C.  ☐ Chest X-Ray clear with no signs of active disease |

| Patient Name: Robert Coker | Patient Number: 123965 | Effective Date: 10/16/2012 19:05 |
|---|---|---|
| Location: 1-5 501 A | Physician: WENDY, GOZA | Title: PATIENT NURSING EVALUATION PART 3 |

| FF. | Tuberculosis Screening | 1D. | ☐ History of Resolved TB |
|---|---|---|---|
| | | FF2. | Does the patient have signs and/or symptons of TB? If yes, indicate below: |
| | | | ⊙ 0. No |
| | | | ○ 1. Yes |
| | | 2A. | ☐ Has a productive cough lasting more than 2 weeks |
| | | 2B. | ☐ Has been coughing up sputum for one week or more |
| | | 2C. | ☐ Blood in sputum |
| | | 2D. | ☐ Has experienced chronic fatigue for more than 2 weeks in duration |
| | | 2E. | ☐ Experiencing night sweats |
| | | 2F. | ☐ Recently converted to a positive TST |
| | | 2G. | ☐ Has a weight loss of 8 pounds or more |
| | | 2H. | ☐ Lost appetite |
| | | 2I. | ☐ Reacting to a newly placed TST with no history of a positive TST |

**GG. Functional Impairment of Range of Motion**

| GG. | Functional Impairment of Range of Motion | GG1. | Upper extremity (shoulder, elbow, wrist, hand) |
|---|---|---|---|
| | | | ⊙ 0. No impairment |
| | | | ○ 1. Impairment on one side |
| | | | ○ 2. Impairment on both sides |
| | | | ○ -. Not assessed |
| | | GG2. | Lower extremity (hip, knee, ankle, foot) |
| | | | ○ 0. No impairment |
| | | | ⊙ 1. Impairment on one side |
| | | | ○ 2. Impairment on both sides |
| | | | ○ -. Not assessed |

**HH. Restraints**

| HH. | Restraints | HH1. | Does the patient have a physician's order for a restraint? |
|---|---|---|---|
| | | | ⊙ 0. No |
| | | | ○ 1. Yes |
| | | HH2. | Is the patient restrained? |
| | | | ⊙ 0. No |
| | | | ○ 1. Yes |

**JJ. Summary**

| JJ. | Summary | Summary: JJ1. |
|---|---|---|
| | | |

**SIGNED SECTIONS**

| Signed By | Sections | Signed Date |
|---|---|---|
| Jennifer Smith-Franklin, LPN [ESOF] | 1, O, P, Q, R, S, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, FF, GG, HH, JJ | 10/16/2012 |

Resident __Coker, Robert__     Identifier __123965__     Date __Oct 19, 2012__

# MINIMUM DATA SET (MDS) – Version 3.0
## RESIDENT ASSESSMENT AND CARE SCREENING
### Nursing Home PPS (NP) Item Set

| Section A | Identification Information |
|---|---|

**A0050. Type of Record**

Enter Code [ 1 ]
1. **Add new record** → Continue to A0100, Facility Provider Numbers
2. **Modify existing record** → Continue to A0100, Facility Provider Numbers
3. **Inactivate existing record** → Skip to X0150, Type of Provider

**A0100. Facility Provider Numbers**

A. **National Provider Identifier (NPI):**

| 1 | 7 | 4 | 0 | 3 | 6 | 8 | 6 | 1 | 2 |
|---|---|---|---|---|---|---|---|---|---|

B. **CMS Certification Number (CCN):**

| 1 | 1 | 5 | 3 | 6 | 0 | | | | |
|---|---|---|---|---|---|---|---|---|---|

C. **State Provider Number:**

| 0 | 0 | 3 | 9 | 9 | 7 | 3 | 7 | A | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**A0200. Type of Provider**

Enter Code [ 1 ]
Type of provider
1. **Nursing home (SNF/NF)**
2. **Swing Bed**

**A0310. Type of Assessment**

Enter Code [ 9 ][ 9 ]
A. **Federal OBRA Reason for Assessment**
01. **Admission** assessment (required by day 14)
02. **Quarterly** review assessment
03. **Annual** assessment
04. **Significant change in status** assessment
05. **Significant correction to prior comprehensive** assessment
06. **Significant correction to prior quarterly** assessment
99. **None of the above**

Enter Code [ 0 ][ 1 ]
B. **PPS Assessment**
PPS Scheduled Assessments for a Medicare Part A Stay
01. **5-day** scheduled assessment
02. **14-day** scheduled assessment
03. **30-day** scheduled assessment
04. **60-day** scheduled assessment
05. **90-day** scheduled assessment
06. **Readmission/return** assessment
PPS Unscheduled Assessments for a Medicare Part A Stay
07. **Unscheduled assessment used for PPS** (OMRA, significant or clinical change, or significant correction assessment)
Not PPS Assessment
99. **None of the above**

Enter Code [ 0 ]
C. **PPS Other Medicare Required Assessment - OMRA**
0. **No**
1. **Start of therapy** assessment
2. **End of therapy** assessment
3. **Both Start and End of therapy** assessment
4. **Change of therapy** assessment

Enter Code [   ]
D. **Is this a Swing Bed clinical change assessment?** Complete only if A0200 = 2
0. **No**
1. **Yes**

A0310 continued on next page

| Section A | Identification Information |
|---|---|

**A0310. Type of Assessment - Continued**

| Enter Code | 1 | E. Is this assessment the first assessment (OBRA, Scheduled PPS, or Discharge) **since the most recent admission/entry or reentry?**<br>0. **No**<br>1. **Yes** |
|---|---|---|

| Enter Code | 1 | 1 | F. Entry/discharge reporting<br>01. **Entry** tracking record<br>10. **Discharge assessment-return not anticipated**<br>11. **Discharge assessment-return anticipated**<br>12. **Death in facility** tracking record<br>99. **None of the above** |
|---|---|---|---|

| Enter Code | 2 | G. Type of discharge - Complete only if A0310F = 10 or 11<br>1. **Planned**<br>2. **Unplanned** |
|---|---|---|

**A0410. Submission Requirement**

| Enter Code | 3 | 1. **Neither federal nor state required submission**<br>2. **State but not federal required submission** (FOR NURSING HOMES ONLY)<br>3. **Federal required submission** |
|---|---|---|

**A0500. Legal Name of Resident**

A. First name:

| R | o | b | e | r | t | | | | |
|---|---|---|---|---|---|---|---|---|---|

B. Middle initial:

C. Last name:

| C | o | k | e | r | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

D. Suffix:

**A0600. Social Security and Medicare Numbers**

A. Social Security Number:

| 2 | 5 | 3 | – | 3 | 4 | – | 8 | 5 | 3 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|

B. Medicare number (or comparable railroad insurance number):

| 2 | 5 | 3 | 3 | 4 | 8 | 5 | 3 | 2 | A | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**A0700. Medicaid Number** - Enter "+" if pending, "N" if not a Medicaid recipient

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**A0800. Gender**

| Enter Code | 1 | 1. **Male**<br>2. **Female** |
|---|---|---|

**A0900. Birth Date**

| 0 | 6 | – | 1 | 6 | – | 1 | 9 | 2 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Month | | | Day | | | Year | | | |

**A1000. Race/Ethnicity**

↓ Check all that apply

| | A. American Indian or Alaska Native |
|---|---|
| | B. Asian |
| | C. Black or African American |
| | D. Hispanic or Latino |
| | E. Native Hawaiian or Other Pacific Islander |
| | F. White |

| Section A | Identification Information |
|---|---|

## A1100. Language

Enter Code

`0`

A. Does the resident need or want an interpreter to communicate with a doctor or health care staff?
  0. No
  1. Yes ⟶ Specify in A1100B, Preferred language
  9. Unable to determine

B. Preferred language:

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## A1200. Marital Status

Enter Code

`2`

  1. Never married
  2. Married
  3. Widowed
  4. Separated
  5. Divorced

## A1300. Optional Resident Items

A. Medical record number:

| 1 | 2 | 3 | 9 | 6 | 5 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

B. Room number:

| | | | | | | |
|---|---|---|---|---|---|---|

C. Name by which resident prefers to be addressed:

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

D. Lifetime occupation(s) - put "/" between two occupations:

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## A1500. Preadmission Screening and Resident Review (PASRR)
Complete only if A0310A = 01, 03, 04, or 05

Enter Code

Is the resident currently considered by the state level II PASRR process to have serious mental illness and/or intellectual disability ("mental retardation" in federal regulation) or a related condition?
  0. No ⟶ Skip to A1550, Conditions Related to ID/DD Status
  1. Yes ⟶ Continue to A1510, Level II Preadmission Screening and Resident Review (PASRR) Conditions
  9. Not a Medicaid-certified unit ⟶ Skip to A1550, Conditions Related to ID/DD Status

## A1510. Level II Preadmission Screening and Resident Review (PASRR) Conditions
Complete only if A0310A = 01, 03, 04, or 05

Check all that apply

☐ A. Serious mental illness

☐ B. Intellectual Disability ("mental retardation" in federal regulation)

☐ C. Other related conditions

Resident  Coker, Robert                                    Identifier 23961              Date  Oct 19, 2012

| Section A | Identification Information |
|---|---|

**A1550. Conditions Related to ID/DD Status**

If the resident is 22 years of age or older, complete only if A0310A = 01

If the resident is 21 years of age or younger, complete only if A0310A = 01, 03, 04, or 05

↓ Check all conditions that are related to ID/DD status that were manifested before age 22, and are likely to continue indefinitely

**ID/DD With Organic Condition**

☐  A.  Down syndrome

☐  B.  Autism

☐  C.  Epilepsy

☐  D.  Other organic condition related to ID/DD

**ID/DD Without Organic Condition**

☐  E.  ID/DD with no organic condition

**No ID/DD**

☐  Z.  None of the above

**A1600. Entry Date** (date of this admission/entry or reentry into the facility)

| 1 0 | - | 1 6 | - | 2 0 1 2 |
|---|---|---|---|---|
| Month | | Day | | Year |

**A1700. Type of Entry**

Enter Code  [ 1 ]

1.  Admission
2.  Reentry

**A1800. Entered From**

Enter Code  [ 0 | 3 ]

01.  Community (private home/apt., board/care, assisted living, group home)
02.  Another nursing home or swing bed
03.  Acute hospital
04.  Psychiatric hospital
05.  Inpatient rehabilitation facility
06.  ID/DD facility
07.  Hospice
09.  Long Term Care Hospital (LTCH)
99.  Other

**A2000. Discharge Date**

Complete only if A0310F = 10, 11, or 12

| 1 0 | - | 1 9 | - | 2 0 1 2 |
|---|---|---|---|---|
| Month | | Day | | Year |

**A2100. Discharge Status**

Complete only if A0310F = 10, 11, or 12

Enter Code  [ 0 | 3 ]

01.  Community (private home/apt., board/care, assisted living, group home)
02.  Another nursing home or swing bed
03.  Acute hospital
04.  Psychiatric hospital
05.  Inpatient rehabilitation facility
06.  ID/DD facility
07.  Hospice
08.  Deceased
09.  Long Term Care Hospital (LTCH)
99.  Other

## Section A — Identification Information

### A2200. Previous Assessment Reference Date for Significant Correction
Complete only if A0310A = 05 or 06

| | Month | – | Day | – | Year |
|---|---|---|---|---|---|
| | | | | | |

### A2300. Assessment Reference Date

Observation end date:

| Month | | Day | | Year | | |
|---|---|---|---|---|---|---|
| 1 0 | – | 1 9 | – | 2 0 1 2 | | |

### A2400. Medicare Stay

Enter Code [ 1 ]

**A. Has the resident had a Medicare-covered stay since the most recent entry?**
0. No → Skip to B0100, Comatose
1. Yes → Continue to A2400B, Start date of most recent Medicare stay

**B. Start date of most recent Medicare stay:**

| Month | | Day | | Year | | |
|---|---|---|---|---|---|---|
| 1 0 | – | 1 6 | – | 2 0 1 2 | | |

**C. End date of most recent Medicare stay** - Enter dashes if stay is ongoing:

| Month | | Day | | Year | | |
|---|---|---|---|---|---|---|
| 1 0 | – | 1 9 | – | 2 0 1 2 | | |

Resident   Coker, Robert          Identifier 123963          Date Oct 19, 2012

## Look back period for all items is 7 days unless another time frame is indicated

| **Section B** | **Hearing, Speech, and Vision** |

### B0100. Comatose

Enter Code [ 0 ]

**Persistent vegetative state/no discernible consciousness**
- 0. **No** → Continue to B0200, Hearing
- 1. **Yes** → Skip to G0110, Activities of Daily Living (ADL) Assistance

### B0200. Hearing

Enter Code [ 0 ]

**Ability to hear** (with hearing aid or hearing appliances if normally used)
- 0. **Adequate** - no difficulty in normal conversation, social interaction, listening to TV
- 1. **Minimal difficulty** - difficulty in some environments (e.g., when person speaks softly or setting is noisy)
- 2. **Moderate difficulty** - speaker has to increase volume and speak distinctly
- 3. **Highly impaired** - absence of useful hearing

### B0300. Hearing Aid

Enter Code [ 0 ]

**Hearing aid or other hearing appliance used** in completing B0200, Hearing
- 0. **No**
- 1. **Yes**

### B0600. Speech Clarity

Enter Code [ 0 ]

**Select best description of speech pattern**
- 0. **Clear speech** - distinct intelligible words
- 1. **Unclear speech** - slurred or mumbled words
- 2. **No speech** - absence of spoken words

### B0700. Makes Self Understood

Enter Code [ 0 ]

**Ability to express ideas and wants,** consider both verbal and non-verbal expression
- 0. **Understood**
- 1. **Usually understood** - difficulty communicating some words or finishing thoughts **but** is able if prompted or given time
- 2. **Sometimes understood** - ability is limited to making concrete requests
- 3. **Rarely/never understood**

### B0800. Ability To Understand Others

Enter Code [ 0 ]

**Understanding verbal content, however able** (with hearing aid or device if used)
- 0. **Understands** - clear comprehension
- 1. **Usually understands** - misses some part/intent of message **but** comprehends most conversation
- 2. **Sometimes understands** - responds adequately to simple, direct communication only
- 3. **Rarely/never understands**

### B1000. Vision

Enter Code [ 0 ]

**Ability to see in adequate light** (with glasses or other visual appliances)
- 0. **Adequate** - sees fine detail, such as regular print in newspapers/books
- 1. **Impaired** - sees large print, but not regular print in newspapers/books
- 2. **Moderately impaired** - limited vision; not able to see newspaper headlines but can identify objects
- 3. **Highly impaired** - object identification in question, but eyes appear to follow objects
- 4. **Severely impaired** - no vision or sees only light, colors or shapes; eyes do not appear to follow objects

### B1200. Corrective Lenses

Enter Code [ 0 ]

**Corrective lenses (contacts, glasses, or magnifying glass) used** in completing B1000, Vision
- 0. **No**
- 1. **Yes**

Resident  Coker, Robert                    Identifier  123965        Date  Oct 19, 2012

## Section C            Cognitive Patterns

**C0100. Should Brief Interview for Mental Status (C0200-C0500) be Conducted?**
Attempt to conduct interview with all residents

Enter Code

[  ]    0.  **No** (resident is rarely/never understood) → Skip to and complete C0700-C1000, Staff Assessment for Mental Status
        1.  **Yes** → Continue to C0200, Repetition of Three Words

---

### Brief Interview for Mental Status (BIMS)

**C0200. Repetition of Three Words**

Enter Code

[  ]    Ask resident: *"I am going to say three words for you to remember.  Please repeat the words after I have said all three. The words are: **sock, blue, and bed.**  Now tell me the three words."*
        **Number of words repeated after first attempt**
        0.  **None**
        1.  **One**
        2.  **Two**
        3.  **Three**
        After the resident's first attempt, repeat the words using cues ("*sock, something to wear; blue, a color; bed, a piece of furniture*").  You may repeat the words up to two more times.

**C0300. Temporal Orientation** (orientation to year, month, and day)

Enter Code

[  ]    Ask resident: *"Please tell me what year it is right now."*
        **A.  Able to report correct year**
        0.  **Missed by > 5 years** or no answer
        1.  **Missed by 2-5 years**
        2.  **Missed by 1 year**
        3.  **Correct**

Enter Code

[  ]    Ask resident: *"What month are we in right now?"*
        **B.  Able to report correct month**
        0.  **Missed by > 1 month** or no answer
        1.  **Missed by 6 days to 1 month**
        2.  **Accurate within 5 days**

Enter Code

[  ]    Ask resident: *"What day of the week is today?"*
        **C.  Able to report correct day of the week**
        0.  **Incorrect** or no answer
        1.  **Correct**

**C0400. Recall**

Enter Code

[  ]    Ask resident: *"Let's go back to an earlier question.  What were those three words that I asked you to repeat?"*
        If unable to remember a word, give cue (something to wear; a color; a piece of furniture) for that word.
        **A.  Able to recall "sock"**
        0.  **No** - could not recall
        1.  **Yes, after cueing** ("something to wear")
        2.  **Yes, no cue required**

Enter Code

[  ]    **B.  Able to recall "blue"**
        0.  **No** - could not recall
        1.  **Yes, after cueing** ("a color")
        2.  **Yes, no cue required**

Enter Code

[  ]    **C.  Able to recall "bed"**
        0.  **No** - could not recall
        1.  **Yes, after cueing** ("a piece of furniture")
        2.  **Yes, no cue required**

**C0500. Summary Score**

[  ]    **Add scores** for questions C0200-C0400 and fill in total score (00-15)
Enter Score   **Enter 99 if the resident was unable to complete the interview**

MDS 3.0 Nursing Home PPS (NP) Version 1.10.4  Effective 04/01/2012

| Resident | Coker, Robert | | Identifier | 123965 | Date | Oct 19, 2012 |

## Section C — Cognitive Patterns

---

**C0600. Should the Staff Assessment for Mental Status (C0700 – C1000) be Conducted?**

Enter Code [ 1 ]
- 0. **No** (resident was able to complete interview) → Skip to C1300, Signs and Symptoms of Delirium
- 1. **Yes** (resident was unable to complete interview) → Continue to C0700, Short-term Memory OK

---

**Staff Assessment for Mental Status**

Do not conduct if Brief Interview for Mental Status (C0200-C0500) was completed

**C0700. Short-term Memory OK**

Enter Code [ 1 ]
Seems or appears to recall after 5 minutes
- 0. Memory OK
- 1. Memory problem

**C0800. Long-term Memory OK**

Enter Code [ 1 ]
Seems or appears to recall long past
- 0. Memory OK
- 1. Memory problem

**C0900. Memory/Recall Ability**

↓ Check all that the resident was normally able to recall
- [ ] A. Current season
- [ ] B. Location of own room
- [ ] C. Staff names and faces
- [ ] D. That he or she is in a nursing home
- [X] Z. **None of the above** were recalled

**C1000. Cognitive Skills for Daily Decision Making**

Enter Code [ 2 ]
Made decisions regarding tasks of daily life
- 0. **Independent** - decisions consistent/reasonable
- 1. **Modified independence** - some difficulty in new situations only
- 2. **Moderately impaired** - decisions poor; cues/supervision required
- 3. **Severely impaired** - never/rarely made decisions

---

**Delirium**

**C1300. Signs and Symptoms of Delirium (from CAM©)**

Code **after completing** Brief Interview for Mental Status or Staff Assessment, and reviewing medical record

↓ Enter Codes in Boxes

**Coding:**
- 0. **Behavior not present**
- 1. **Behavior continuously present, does not fluctuate**
- 2. **Behavior present, fluctuates** (comes and goes, changes in severity)

| [ 0 ] | A. **Inattention** - Did the resident have difficulty focusing attention (easily distracted, out of touch or difficulty following what was said)? |
| [ 0 ] | B. **Disorganized thinking** - Was the resident's thinking disorganized or incoherent (rambling or irrelevant conversation, unclear or illogical flow of ideas, or unpredictable switching from subject to subject)? |
| [ 0 ] | C. **Altered level of consciousness** - Did the resident have altered level of consciousness (e.g., **vigilant** - startled easily to any sound or touch; **lethargic** - repeatedly dozed off when being asked questions, but responded to voice or touch; **stuporous** - very difficult to arouse and keep aroused for the interview; **comatose** - could not be aroused)? |
| [ 0 ] | D. **Psychomotor retardation** - Did the resident have an unusually decreased level of activity such as sluggishness, staring into space, staying in one position, moving very slowly? |

**C1600. Acute Onset Mental Status Change**

Enter Code [ 0 ]
**Is there evidence of an acute change in mental status** from the resident's baseline?
- 0. **No**
- 1. **Yes**

---

*Copyright © 1990 Annals of Internal Medicine. All rights reserved. Adapted with permission.*

MDS 3.0 Nursing Home PPS (NP) Version 1.10.4 Effective 04/01/2012

Resident  **Coker, Robert**                          Identifier **123963**         Date **Oct 19, 2012**

| **Section D** | **Mood** |
| --- | --- |

**D0100. Should Resident Mood Interview be Conducted?** - Attempt to conduct interview with all residents

Enter Code
[    ]

   0.  **No** (resident is rarely/never understood) ➤ Skip to and complete D0500-D0600, Staff Assessment of Resident Mood
        (PHQ-9-OV)
   1.  **Yes** ➤ Continue to D0200, Resident Mood Interview (PHQ-9©)

**D0200. Resident Mood Interview (PHQ-9©)**

Say to resident: **"Over the last 2 weeks, have you been bothered by any of the following problems?"**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
If yes in column 1, then ask the resident: "About **how often** have you been bothered by this?"
Read and show the resident a card with the symptom frequency choices.  Indicate response in column 2, Symptom Frequency.

| | | | | 1. Symptom Presence | 2. Symptom Frequency |
| --- | --- | --- | --- | --- | --- |
| **1. Symptom Presence** | | **2. Symptom Frequency** | | | |
| 0. **No** (enter 0 in column 2) | | 0. **Never or 1 day** | | | |
| 1. **Yes** (enter 0-3 in column 2) | | 1. **2-6 days** (several days) | | | |
| 9. **No response** (leave column 2 blank) | | 2. **7-11 days** (half or more of the days) | | | |
| | | 3. **12-14 days** (nearly every day) | | ↓ Enter Scores in Boxes ↓ | |
| A. | *Little interest or pleasure in doing things* | | | [ - ] | [ - ] |
| B. | *Feeling down, depressed, or hopeless* | | | [ - ] | [ - ] |
| C. | *Trouble falling or staying asleep, or sleeping too much* | | | [ - ] | [ - ] |
| D. | *Feeling tired or having little energy* | | | [ - ] | [ - ] |
| E. | *Poor appetite or overeating* | | | [ - ] | [ - ] |
| F. | *Feeling bad about yourself - or that you are a failure or have let yourself or your family down* | | | [ - ] | [ - ] |
| G. | *Trouble concentrating on things, such as reading the newspaper or watching television* | | | [ - ] | [ - ] |
| H. | *Moving or speaking so slowly that other people could have noticed. Or the opposite - being so fidgety or restless that you have been moving around a lot more than usual* | | | [ - ] | [ - ] |
| I. | *Thoughts that you would be better off dead, or of hurting yourself in some way* | | | [ - ] | [ - ] |

**D0300. Total Severity Score**

[ - ]
Enter Score

Add scores for all frequency responses in Column 2, Symptom Frequency.  Total score must be between 00 and 27.
Enter 99 if unable to complete interview (i.e., Symptom Frequency is blank for 3 or more items).

**D0350. Safety Notification** - Complete only if D0200I1 = 1 indicating possibility of resident self harm

Enter Code
[    ]

Was responsible staff or provider informed that there is a potential for resident self harm?
   0.  **No**
   1.  **Yes**

*Copyright © Pfizer Inc.  All rights reserved.  Reproduced with permission.*
MDS 3.0 Nursing Home PPS (NP) Version 1.10.4  Effective 04/01/2012

Resident  Coker, Robert                    Identifier  123965                    Date  Oct 19, 2012

| Section D | Mood |
|---|---|

**D0500. Staff Assessment of Resident Mood (PHQ-9-OV*)**
Do not conduct if Resident Mood Interview (D0200-D0300) was completed

**Over the last 2 weeks, did the resident have any of the following problems or behaviors?**

If symptom is present, enter 1 (yes) in column 1, Symptom Presence.
Then move to column 2, Symptom Frequency, and indicate symptom frequency.

**1. Symptom Presence**
0. **No** (enter 0 in column 2)
1. **Yes** (enter 0-3 in column 2)

**2. Symptom Frequency**
0. **Never or 1 day**
1. **2-6 days** (several days)
2. **7-11 days** (half or more of the days)
3. **12-14 days** (nearly every day)

| | | 1. Symptom Presence | 2. Symptom Frequency |
|---|---|:---:|:---:|
| | | ↓ Enter Scores in Boxes ↓ | |
| A. | Little interest or pleasure in doing things | 0 | 0 |
| B. | Feeling or appearing down, depressed, or hopeless | 0 | 0 |
| C. | Trouble falling or staying asleep, or sleeping too much | 1 | 1 |
| D. | Feeling tired or having little energy | 1 | 1 |
| E. | Poor appetite or overeating | 1 | 1 |
| F. | Indicating that s/he feels bad about self, is a failure, or has let self or family down | 0 | 0 |
| G. | Trouble concentrating on things, such as reading the newspaper or watching television | 0 | 0 |
| H. | Moving or speaking so slowly that other people have noticed. Or the opposite - being so fidgety or restless that s/he has been moving around a lot more than usual | 1 | 1 |
| I. | States that life isn't worth living, wishes for death, or attempts to harm self | 0 | 0 |
| J. | Being short-tempered, easily annoyed | 1 | 1 |

**D0600. Total Severity Score**

| 0 | 5 | Add scores for all frequency responses in Column 2, Symptom Frequency. Total score must be between 00 and 30. |
|---|---|---|
| Enter Score | | |

**D0650. Safety Notification** - Complete only if D0500I1 = 1 indicating possibility of resident self harm

| Enter Code | Was responsible staff or provider informed that there is a potential for resident self harm? |
|---|---|
| [ ] | 0. **No** |
| | 1. **Yes** |

* Copyright © Pfizer Inc. All rights reserved.
MDS 3.0 Nursing Home PPS (NP) Version 1.10.4  Effective 04/01/2012